# EXHIBIT A

<u>PCB PRESENTATION</u>

<u>TO</u>

<u>CORPORATE DEVELOPMENT COMMITTEE</u>

I.    <u>INTRODUCTION</u>:

We are here today to acquaint you with the PCB (Aroclor) pollution problem and to secure your guidance and approval on a recommended plan of action.

*The problem is* Certain PCB's have recently been identified by various scientists along with DDT in fish, birds, and other wildlife.

From the standpoint of reproduction, the PCB's are highly toxic to birds.  In a few moments, Elmer Wheeler will describe the problem in detail.

Our objective is to describe for you the basic problems, the issues involved, review alternative courses of action, and suggest an action plan program for your approval.

This is a serious matter, not only from the pollution viewpoint, but also because of the $22 M worldwide <u>customer</u> business involved with resultant gross profits of $10 M and a net investment of approximately $9 M.  In addition, there could be possible adverse legal and public relations problems leveled against Monsanto.

Our Agenda will be as follows:

MONS  058730



PLAINTIFF'S
EXHIBIT
ALL-STATE LEGAL®
3D002

CV96-J-0440-E
DATE 04/02/01

PLFF EXHIBIT NO.  105

-2-

## PCB AGENDA REVIEW

I.      INTRODUCTION

II.     THE PROBLEM

- DEVELOPMENTS INCRIMINATING PCB's

- COMPLEXITY OF IDENTIFICATION

- NATURE OF

- SERIOUSNESS

III.    LAW DEPARTMENT VIEWPOINT AND RECOMMENDATIONS

IV.     EFFECT ON MONSANTO AND ALTERNATIVES

V.      FUNCTIONAL FLUID BUSINESS GROUP DISCUSSION

- MARKETS, USES

- SOURCES OF POLLUTION

- CUSTOMER EFFECT

VI.     PLASTICIZER BUSINESS GROUP DISCUSSION

- MARKETS, USES

- SOURCES OF POLLUTION

VII.    RECOMMENDED ACTION PLAN

VIII.   SUMMARY

MONS  058731

-3-

By way of introduction, the Organic Division and the Medical
Department has been actively engaged for the last 18 months
in developing facts and knowledge on this subject by personal
visits to Universities and Industrial test laboratories, other
worldwide producers, and other industrial collaborators, as
well as keeping abreast of all literature and news sources
on the subject as well as funding a toxicological and analytical
test program in excess of $200 M. We established an Ad Hoc
Committee of both Business Groups and Medical which recently
issued a report - much of which will be discussed today. We
have learned a lot, but there is much yet to learn as you will
hear.

What are PCB's?    They are polychlorinated biphenyls - better
known to us as Aroclors. The next slide will quickly re-
familiarize you with our Aroclor business.

MONS  058732

-4-

## MONSANTO WORLDWIDE AROCLOR BUSINESS

| | |
|---|---|
| POUNDS/YEAR | 104 M (70 M in Functional Fluids<br>34 M in Plasticizers) |
| SALES/YEAR | $22 M ($16 M in Functional Fluids<br>$ 6 M in Plasticizers) |
| GROSS PROFIT/YEAR | $10.0 M ($7.5 M in Functional Fluids<br>$2.5 M in Plasticizers) |
| GROSS INVESTMENT | $13 M ($8.8 M net investment) |
| ROI | 10.5% |
| WORLDWIDE M/I | 62% |
| MONSANTO PRODUCTION LOCATIONS: | USA (2 plants, Anniston, Alabama<br>Sauget, Illinois) |
| | UK (Newport) |
| | JAPAN (Yokkaichi) |
| OTHER PRODUCERS: | Bayer, Prodelec, Caffaro, Flick,<br>Kanegahuchi, and several Eastern<br>European producers (all ex-USA) |

MONS 058733

5

-5-

## THE AROCLOR PRODUCT LINE

| CHEMICAL NAME | TRADE NAME | NATURE OF MATERIAL |
|---|---|---|
| MONOCHLOROBIPHENYL | AROCLOR 1221 | THIN LIQUID |
| DICHLOROBIPHENYL | AROCLOR 1232 | |
| TRICHLOROBIPHENYL | AROCLOR 1242 | OILY LIQUID |
| TETRACHLOROBIPHENYL | AROCLOR 1248 | |
| PENTACHLOROBIPHENYL | AROCLOR 1254 | HEAVY MOLASSES |
| HEXACHLOROBIPHENYL | AROCLOR 1260 | THICK TAR |
| HEPTACHLOROBIPHENYL | AROCLOR 1262 | |
| OCTACHLOROBIPHENYL | AROCLOR 1268 | |
| DECACHLOROBIPHENYL | AROCLOR 1270 | SOLID |
| TERPHENYLS | SANTOWAX | |
| CHLORINATED TERPHENYL | AROCLOR 5460 | SOLID |

MONS 058734

5.

-6-

There are theoretically 210 different isomers of chlorinated biphenyls.

Monsanto entered the Aroclor market in 1930 by acquiring Swan Chemical Company. The first load of Aroclor went out of Anniston, Alabama to General Electric in 1931. Since then, the market has grown to one of Monsanto's most profitable franchises. This franchise is now being threatened *not by competition by* recently found pollution problems which Elmer Wheeler will now discuss.

    II.    The Problem (Wheeler) - see attached Appendix A

    III.   Law Department Viewpoint and Recommendations (French)

IV.  <u>Effect on Monsanto and Our Alternative Courses of Action</u>
As discussed, Aroclors 1254 and 1260 -- the 5 and 6 Cl ringed biphenyls are the ones most seriously involved in the pollution problem. Both Plasticizers and Fluids Groups are involved as shown:

MONS 058735

-9-

## AROCLOR SALES
### (M POUNDS)

|                        | FLUIDS | PLASTICIZERS | TOTAL |
|------------------------|--------|--------------|-------|
| AROCLOR 1254           | 1.45   | 5.4          | 6.85  |
| AROCLOR 1260 & ABOVE   | 3.7    | 1.7          | 5.4   |
|                        | 5.15   | 7.1          | 12.25 |

MONS 058736

S

-9-

We considered 4 alternative courses of action:


(Slide)


Alternative 1:  Do nothing was considered unacceptable from
a legal, moral, and customer & public relations & company
policy viewpoint.  This is also the quickest route to being
forced out of business.


Alternative 2:  Go out of total Aroclor business was considered
unacceptable from a Divisional viewpoint, but from a Corporate
viewpoint may be necessary.  Only you can make that decision.
All Aroclor products are not serious pollutants - many degrade;
there is too much customer/market need and selfishly too much
Monsanto profit to go out.  To go out would require a write
off of Aroclor net investment of $7 M (10¢/share) or if biphenyl
included $8.8 M (12¢/share).  In addition, inventory disposition,
continuing cost of utilities, and back-up capital and serious
manpower & resources reallocation at Anniston.


Alternative 3:  Go out of Aroclor 1254 and 1260.  This was
seriously considered and may eventually occur by our actions
and customer actions, nevertheless, we feel that segments of
this business are defensible or are so "confined" in use that
specific plans of action are called for this portion.  Our reasons
for eliminating this alternative will become clearer as we outline
our action plans.

MONS  058737

-10-

## ALTERNATIVE COURSES OF ACTION

1.  DO NOTHING - JUST REACT TO LEGISLATION AND EMOTION.

2.  GO OUT OF TOTAL AROCLOR BUSINESS.

3.  GO OUT OF AROCLOR 1254 AND 1260 PRODUCTION

4.  DEVELOP SPECIFIC ACTION PLANS "TAILORED" TO EACH BUSINESS GROUP AND EACH CUSTOMER/MARKET SITUATION TO "CLEAN UP" THE MESS.

MONS 058738

S

-10-

Alternative 4:  Develop specific action plans tailored to each
Business Group and each customer/market situation, - was the
alternative selected at this point of time and based on our
knowledge from a Divisional viewpoint as making Monsanto act
in the most positive, responsible way to society and our
customers, as well as our interests.

However, because of the magnitude and seriousness of this
problem and its total implications for Corporate Monsanto,
~~the final decision~~ on this matter must be ~~made by the CDC~~.

V.    Functional Fluids Business Group Discussion:

Aroclors are used widely in 3 of our 4 market areas in the
Fluids Group:

MGNS  Q58739

-12-

**FLUIDS USE OF AROCLORS**
**BY MARKET AREA**

| | DOMESTIC MARKET AREA | | | |
|---|---|---|---|---|
| AROCLOR PRODUCT | INDUSTRIAL | HEAT TRANSFER | ELECTRICAL | TOTAL |
| 1242 | 4.1 | 1.1 | 36 | 41.2 |
| 1248 | 1.2 | 1.0 | - | 2.2 |
| 1254 | - | 0.1 | 0.8 | 0.9 |
| 1260 & Above | 0.6 | - | 3.5 | 4.1 |
| | 5.9 | 2.2 | 40.3 | 48.4 |

MONS  058740

S

-13-

## SOURCES OF FLUIDS POLLUTION

| APPLICATION | INTENSITY OF POLLUTION | |
|---|---|---|
| INDUSTRIAL FLUIDS | GREATEST | (DIRECT) |
| DIELECTRICS | | (INDIRECT CONTAINED) |
| HEAT TRANSFER | | (INDIRECT CONTAINED) |
| PRODUCING PLANTS | LEAST | (DIRECT) |

MONS 058741

S

-13-

## FLUIDS CUSTOMER ALTERNATIVES

| AREA OF APPLICATION | PRODUCT OF CHOICE | CUSTOMER OPTIONS |
|---|---|---|
| Industrial Fluids | Pydraul 312/F-9/<br>A-200/Phosphate Esters/<br>Water Glycol | Customer could get along without us, but Pydraul 312 favored. $H_2O$ Glycol has some pollution problems. Phosphate ester route ok at present. |
| Transformer | Air/Oil/Aroclor/Gas | Could drop Aroclor at sacrifice of safety, cost or size of equipment or noise level. |
| Capacitors | Aroclors | No immediate replacement available. Longer term - oil at expense of size and cost of efficiency and redesign of equipment. |
| Heat Transfer | Therminol | No option for FR liquid market. Other system possibility. |
| | Oil/Dowtherm/T66<br>T55<br>T77<br>T68 | Liquid systems favored. T66 and T55 increasing rapidly in use. Oil also a pollution problem. |

MONS  058742

S

-14-

<u>Customer Choices & Alternatives & Penalties</u>:

Summarizing, some of our customers have no immediate alternative,
some could change only at sacrifices of safety, or cost or
various technical factors.  Only in the Industrial field
could the customer make an immediate conversion.


<u>PCB Threat to Functional Fluids Business and Profit</u>:

MONS  058743

-16-

## FLUIDS BUSINESS THREATENED

### (1970 BUDGET)

| PROBLEM | SALES | GROSS PROFIT |
|---|---|---|
| 1. Confined to A-1254/ 1260 only. | $ 3.0 M | $1.36 M |
| 2. Spreads to A-1242 and 1248 | | |
| First to: a) Industrial Fluids | $ 4.0 M | $1.6 M |
| Then to: b) Dielectric Fluids | $ 8.0 M | $3.8 M |
| Then to: c) Heat Transfer | $ 1.0 M | $ .6 M |
| | $16.0 M | $7.36 M |

— Turn over to Jim Springer

MONS  058744

S

_15 +1_
_rk_

$\underline{VI}$  $\underline{\text{PLASTICIZERS}}$
$\underline{\text{(WORLD-WIDE)}}$

|  | ALL AROCLORS | AROCLOR 1254/1260 TYPE |
|---|---|---|
| 1969 SALES, DOLLARS | $ 6.0 M | $1.7 M (28%) |
| POUNDS | 34.0 M | 9.5 M (28%) |
| GROSS PROFIT | $ 2.5 M | $0.8 M (32%) |

MONS 058745

-16-

COMMENTS:  DISTINCTIONS FROM F.R.

1.  Large number of direct U.S. customers - 570.

2.  Customers are small:  23 direct customers - 47% A-1254/1260 sales.

3.  50% domestic A-1254/1260 sales through distributors - difficult to police.

MONS  058746

17

| MARKETS | 1968 SALES | MAJOR AROCLOR USED |
|---|---|---|
| Carbonless Carbon Paper | 8.8 M lb. | Aroclor 1242 |
| Hot Melt Adhesives | 5.7 M lb. | Aroclor 5460 |
| Swimming Pool Paints | 1.7 M lb. | Aroclor 1254) Aroclor 5460) |
| Protective Coatings | 5.3 M lb. | Aroclor 1254) Aroclor 5460) |
| Emulsion Adhesives | 1.5 M lb. | Aroclor 1254 Aroclor 1260) |
| Sealants | 3.0 M lb. | Aroclor 1254) Aroclor 1254) |
| Wax Modification | 2.0 M lb. | Aroclor 1254) Aroclor 5460) |
| Miscellaneous | 5.0 M lb. | Aroclor 1260) Aroclor 1254) |

COMMENTS:    1. PCS major customer (85% of Aroclor 1242 sold .

2. Most of domestic Aroclors sold through distributors.

MONS 058747

## POSSIBLE CONTAMINATION SOURCES

### (PLASTICIZERS)

| DEGREE OF CONTAMINATION | MARKET | APPLICATION | SOURCE | IS A-1254 /1260 USED? |
|---|---|---|---|---|
| Most | Coatings | Marine Paints) Water tank linings | Leaching | Yes |
| | Coatings | Swimming Pool Paints | Leaching | Yes |
| | Carbonless Carbon Paper | - | Vaporization | No |
| | Wax Modification | - | Vaporization | Yes |
| | Emulsion Adhesives | - | Contact with product via packaging. Incineration. | Yes |
| | Hot Melt Adhesives | - | Contact with product via packaging. Incineration. | No |
| Least | Sealants | Automotive Construction Joint sealants | Long-term leaching | Yes |

COMMENTS:  1. Unlike fluids, Aroclor plasticizers are combined into plastics to produce the final product — therefore, far less mobile.

2. Problems such as wastes from our manufacturing plants, customers plants and and leasing of drums common to both groups.

3. Exterior protective coatings are not considered a high point source.

4. Vaporization of Aroclors during plant processing or the product. Rain will wash vapors back to earth.

MONS  058748

19

## PLASTICIZER BUSINESS THREATENED

| PROBLEM | SALES RETAINED* | $ G.P. RETAINED (LOST) |
|---|---|---|
| 1. Confined to A-1254/1260 type only. | $4.3 M | $1.7 M  (-$0.8 M) |
| 2. Spreads to all chlorinated biphenyls. | $2.0 | $0.6 M  (-$1.9 M) |
| 3. Spreads to all PCB's and all chlorinated terphenyls | 0.0 | 0.0  (-$2.5 M) |

*Based on  965 prospects.

COMMENTS·  Plasticizers sell Aroclor 1262/4465 which are very close to A-1254/1260 and these have been included at A-1254/1260.

MONS  058749

-58- 2w

RECOMMENDED ACTION PLAN

THE JOINT ACTION PLAN DEVELOPED BY THE FUNCTIONAL FLUIDS
AND PLASTICIZER BUSINESS GROUPS, AND THE MEDICAL AND LAW
DEPARTMENTS IS AS FOLLOWS:

1. Appoint a Project Manager - responsible for the
   overall management of the Aroclor pollution
   problem.  He would be assisted by a Task Force
   from members of each Business Group plus Medical,
   Law, Engineering and Manufacturing.

2. Notify all Aroclor customers of PCB problem and
   relabel containers - within 60 days.

3. Clean up Monsanto plants' effluents within 12 months.

4. Develop and implement new packaging systems for
   Aroclor 1254/1260 - within 6 months.

5. Educate customers on need for clean-up at their
   plants - within 4 months.

6. Introduct to market, replacement products for
   Aroclor 1254/1260 - beginning 1/1/70 (Fluids),
   4/1/70 (Plasticizers).

MONS  058750

S

-14-
21

## RECOMMENDED ACTION PLAN

7.  Continue and expand biodegratation test program with
    Aroclor series, particularly 1242, 1248 and 1254.

8.  Continue toxicological test program.

9.  Accelerate present analytical test program.

10. Determine feasibility and cost of eliminating 5/6
    $Cl_2$ in Aroclors 1242 and 1248.  (3/70)

11. Study incineration products.  (3/70)

12. Develop business plan to offer:

        Monsanto Fluid Reclamation and Recovery
        with Enviro Chem (4/70). (Reclamation
        already underway at Findett.)

MONS 058751

S

22

## WHAT COULD WE EXPECT FROM THIS PROGRAM?

Through this action program, Monsanto would expect to:

1.  Retain or convert a good portion of our business and profits:

| PROBLEMS | CONVERT OR RETAIN | $M SALES OUT OF PRESENT | ODDS OF SUCCESS |
|---|---|---|---|
| a. Confined to A-1254/ 1260. | $20.3 M | $22 M | 70% |
| b. Spreads to A-1248 and 1242. | $10 M | $22 M | 60% |

2.  Gain further valuable knowledge and time to:

    a.  Learn more facts.

    b.  Protect our position.

    c.  Make further decisions regarding our program.

    d.  Contribute to overall pollution knowledge.

3.  Clean-up the major contributing PCB pollution factors.

4.  Minimize customer complaints and hardships.

MONS 058752

The Program Would:

1.   Cost some money.

       Est. SARE    - $400-500 M

       Est. Capital - $700 M

                    $1.1 M - 1.2 M

2.   Expose us to continued adverse publicity and possible law
     suits.

3.   Cause some customer discontent - but much less than an
     abrupt termination of production.

MONS 058753

# EXHIBIT B

October 11, 1937.

Experimental work in animals shows that prolonged exposure to Aroclor vapors evolved at high temperatures or by repeated oral ingestion will lead to systemic toxic effects.

Repeated bodily contact with the liquid Aroclors may lead to an acne-form skin eruption.

Suitable draft ventilation to control the vapors evolved at elevated temperatures, as well as protection by suitable garments from extensive bodily contact with the liquid Aroclors, should prevent any untoward effect.

In talking with Dr. Kelly before these three paragraphs were written, we agreed that they might as well be phrased so that they could be used not only in the Aroclor booklet, but quoted in correspondence as that may be necessary.

L.A. Watt



PLAINTIFF'S
EXHIBIT

ALL-STATE LEGAL®

4A004

MONS 061332

Attachment 3-2

3.2

CV96-J-0440-E
DATE 04/02/01

PLFF EXHIBIT NO. 877

EXHIBIT C

<u>COPY</u>          Dr. D.V.N. Hardy

                   Dr. H.R. Newman.

<u>Monsanto Chemical Company</u>

St. Louis, Missouri

                           September 20, 1955

Dr. J.W. Barrett           Your memo September 8 to Mr. Nason

London                     AROCLOR TOXICITY

Howard Nason has given me your memo of September 8.   I
will be happy to discuss this with Dr. Newman during his
visit here.   I think, however, there are several points
that I can answer you now.

You comment upon the difference in toxicity between Aroclor
1254 and 1242.   This is not particularly surprising because
in the earlier work it was found that toxicity increased
with chlorination.   Of course, from the standpoint of vol-
atility in the case of inhalation or absorption from the
gut from the point of view of ingestion are important.
Frankly, there was not too great a difference between the
two compounds, however.   As you know, the maximum allowable
concentrate is 0.1 ml/cubic meter in the case of 1254, and
as high as 10.0 mgm in the case of 1268.   I think the former
is too low and the latter is too high.   In this country they
don't use the MACs very routinely, but certainly in England
I think it would be alright to consider 0.2 mgm/cubic meter
as perfectly safe.

I don't know how you would get any particular advantage in
doing more work.   What is it that you want to prove?   I
believe your work should be directed towards finding out
what the concentrations are of Aroclor during different
operations whether it is industrial or painting.   The re-
ports you have seen from Kettering Laboratory are the re-
sult of approximately £15,000 to £20,000 expenditure by
MCC.

MCC's position can be summarized in this fashion.   We know
Aroclors are toxic but the actual limit has not been pre-
cisely defined.   It does not make too much difference, it
seems to me, because our main worry is what will happen if
an individual developes any type of liver disease and gives
a history of Aroclor exposure.   I am sure the juries would
not pay a great deal of attention to MACs.

PLAINTIFF'S
EXHIBIT

4A02

<u>COPY</u>

Page 2   September 20, 1955   AROCLOR TOXICITY

We, therefore, review every new Aroclor use from this point of view.   If it is an industrial application where we can get air concentrations and have some reasonable expectation that the air concentrations will stay the same, we are much more liberal in the use of Aroclor.   If, however, it is distributed to householders where it can be used in almost any shape and form and we are never able to know how much of the concentration they are exposed to, we are much more strict.   No amount of toxicity testing will obviate this last dilemma and therefore I do not believe any more testing would be justified.

Let's see what our discussions with Dr. Newman and yourself bring out.

R. Emmet Kelly, M.D.

REK:k

MONS  095197

# EXHIBIT D

From **MONSANTO CHEMICAL COMPANY**

At   St. Louis

**CONFIDENTIAL**    Date    November 14, 1955

cc Mr. J. Cresce -Krumm. Plt
   Mr. E. W. Lieben -"    "
   Mr. R. M. Webber -"    "

To    Mr. H. B. Patrick    Reference

At    Krummrich Plant    Subject    DEPARTMENT 246 (AROCLORS)

It is the opinion of the Medical Department that the eating of lunches should not be allowed in this department for a number of reasons.

(1) Aroclor vapors and other process vapors could contaminate the lunches unless they were properly protected.

(2) When working with this material, the chance of contaminating hands and subsequently contaminating the food is a definite possiblity.

(3) It has long been the opinion of the Medical Department that eating in process departments is a potentially hazardous procedure that could lead to serious difficulties. While the Aroclors are not particularly hazardous from our own experience, this is a difficult problem to define because early literature work claimed that chlorinated biphenyls were quite toxic materials by ingestion or inhalation. In any case where a workman claimed physical harm from any contaminated food, it would be extremely difficult on the basis of past literature reports to counter such claims.

*Jack T. Garrett*

Jack T. Garrett

JTG:SMB

PLAINTIFF'S
EXHIBIT 16
4403
PENGAD-Bayonne,NJ

# EXHIBIT E

St. Louis, Missouri

Messrs.:
G. R. Buchanan - Robts.
R. E. Hatton - N.C.
F. H. Langenfeld-Robts.
H. S. Litzsinger-Robts.
G. R. Side-Washington,D.

January 21, 1957

Mr. H. I. Armstrong

Roberts Building                    PYDRAUL 150

Dr. Treon and I spent an afternoon with the Navy people to
discuss Pydraul 150.  Those present were Captain Shone,
Captain Alvis, Captain Sessions, Commander Siegel and
Mr. Mickey Albert.  They discussed their information con-
cerning Pydraul 150 which was obtained at the Naval Institute
of Medical Research.  While reports were not available, they
had the following general data:

        Skin applications of Pydraul 150 caused death
        in all of the rabbits tested.  (The amount
        administered was not given.)  A like amount of
        Cellulube 220 did not cause any deaths.

        The inhalation of 10 milligrams of Pydraul 150 per
        cubic meter or approximately 2 tenths of a part
        of the Aroclor component per million for 24 hours
        a day for 50 days caused, statistically, definite
        liver damage.  No matter how we discussed the
        situation, it was impossible to change their
        thinking that Pydraul 150 is just too toxic for
        use in a submarine.  It may be that such concen-
        trations would never be reached in the submarine
        but the Navy does not appear willing to even put
        the material in a trial run to see if it will work.

It would appear, therefore, that we should discontinue to
sell Pydraul 150 for this particular application and try to
develop a hydraulic fluid without Aroclor as one of its
components.  In this connection, Cellulube 220 is not used
in a submarine but it was used in this test merely as a
yardstick.

The Navy said they did not have any competitive fluid far
enough along engineering-wise to even consider the toxicity
of it.

                               R. Emmet Kelly, M.D.

REK:SHD

MONS  095640



57

EXHIBIT F



bcc: R. E. Keller - QUEENY

February 27, 1967

Dr. M. J. Thomas
Research Division
Building No. 33
National Cash Register
Dayton 9, Ohio

Dear Dr. Thomas:

Attached is a photostat of the original paper of
Dr. Jensen in Sweden, relating to polychlorinated
biphenyls. I will be happy to have your ideas after
you read it.

As far as the section on toxicology is concerned, it
is true that chloracne and liver trouble can result
from large doses. Whether or not this is at all relevant
to small quantities existing in human fat is, of course,
an entirely different question.

At any rate, I believe before we worry about the
toxicological part of the problem, we should settle
the analytical part.

                    Sincerely,


                    R. Emmet Kelly, M. D.
                    Medical Director

REK/ln
att.


                                        0111852

GNCR 0000013

JDGFOX00000037

Mr Chairman, Ladies and gentlemen.
In honor to our Brittish host I will try to hold this lecture in English.

As the title of this lecture states, I am today going to tell about the discovery of some hitherto unobserved chlorinated hydrocarbons having up to eight chlorine in the molecule and found in residue analysis. The chemical name of polychlorinated bifenyls ( In the following called PCB). To get familiar with PCB I will start with the chemistry and toxicologi.

Chemistry

Th

The main characteristic of PCB is 1. Their very high stability. As an example they can be boiled with nitrin acid without being destroyed. 2. They are hardly metabolised in living organism. 3, if more than 4 chlorine are present they are non inflamable. It is clear that these three characteristics does it easy to understand that when they have entered the living organism· the will have a low persistence . But it is difficult to explain how they find their way into the living organism. One thing seems to be clear, they don't come from agricultural use, but from a technical one and most probable it comes to the nature via wastes that are tried to be burnt up, because then we have them at once in the air, because of their non inflamability.

Toxicologi

The PCB were introduced in 1929 and as early as 1936 Jones and Alden reported that 23 out of 24 men employed in manufacturing of PCB suffered from an acne form eruption of the skin. Acne did not appear until 6 to 8 months after the material was first used. In 1937 Drinker reported that rats exposed to chlorinated biphenyle in concentration of approximately 1 mg/m$^3$ for 16 hours a day for 6 weeks showed damage of the liver. After that time the allowed concentration of PCB in air is 0,5 mg/m$^3$. (For DDt the same value is 0.5 ~ 1 mg/m$^3$). The same authors finished their experiments in 1938, and related that these compounds have an injurious effect, manifested solely in the liver. Chlorinated biphenyls appeared to be the most injurious chlorinated compounds of all tested.

GNCR 0000014

JDGFOX00000038

Greenburg, Mayer and Smith 1939 reported that PCB and polychlorinated naphtalence are blamed for the death of three young workers, and that pregnant women and persons who have at any time had any liver diseases are particularly suspectible.

Wedel, Hallor and Benton gave 1942 animals PCB including administration by inhalation, ingestion and skin absorbtion. Histological examination of the viscera showed important toxic effect only in the skin and liver, and the degeneration effects in the liver are essentially the same whatever was the method for the administration. Paribok (1955/ found as an occupational poison in the electrical industry, mixed tetra and penta chlorobiphenyl causes folliculitis, comedo, pyodermia and other skin affections, and that its principal toxic effect is fatty degeneration of the liver.

Miller (1944) injected 69 mg PCB (4 and 5 chlorine) subcontaneously in 32 guinea pigs. Eight to ten days after injection, fat droplets were noted in the liver cells, and after 16 days they were present in moderate or very large numbers. Rabbits and rats were also tested in this investigation, as well as the PCB was administated both continously, subcountinously or ingested in the food. In the feeding experiment 8 guinea pigs received 2 doses of 69 mg of the chlorinated biphenyl 1 week apart. Death occurred in 11 to 29 days.

Finally Mc Laughlin 1964 reported a method to test the chemical toxicity and teratogenic effect by injection into the yolk sac of fertile eggs prior to incubation. PCB was found between the eight compounds among 100 tested having the highest order of toxicity. No hatch was found at a level of 25 mg pr egg. At a level of 10 mg per egg, one chick hatched out of 20 injected eggs, but died 2 days later. Some embryos which were examined after they died, showed weak deformities (often a short upper brak) and growth retardation. Lead acetate resulted as an example in no hatch at a level of 1 mg per egg. Autopsy of the dead embryos have showed exten sive brain damage. Mercuric chloride showed no hatch even at a level of 0,5 mg per egg.

As the analytical chemistry is a pronounced service science I have been in contact with many scientists from other fields during the work with residue analysis, and I have always found this contact very stimulating for my own work. This co-operation often demands that we are talking the same scientific language. Because of this need I will today try to give a lecture in low level analytical chemistry for biologists, illustrated by the residue analysis of polychlorinated biphenyls. The lecture will be divided in the following three sub-divisions:

GNCR 0000015

JDGFOX00000039

1. Chemistry of PCB and their toxicology.
2. Analytical methods for residue analysis and proof of structures.
3. Behaviour of PCB in nature, differencies in metabolising rate
   of the PCB components, potensation in an ecological serie, con-
   centration levels and examples of samples which have been proved to con-
   tain PCB.

A residue analysis can be divided in:
1. Extraction of the pesticides from the biological material,
   followed by a careful cleaning-up to take away interferring
   substances, most often fats.
2. Identification analysis by mean of gas chromatography. Thin-
   layer chromatography and mass spectrometry.
3. Quantitative analysis.

At an ecological laboratory in Riksmuséet in Stockholm 1-2 g of a sample
is cut out of the biological material and transferred into a weighed and
carefully cleaned test tube, and stored at -20° until analysis. Smaller
samples have been used, min. 5 mg of body fat, and with dry materials such
as hair, feathers, pine needles 100 mg are sufficient to reach the desired
10 ng/g level in residue analysis. In cases of water proofs 1 l. is used
for reaching the 10 pg/g. level.

B.1(homog) In order to facilitate complete extraction of the fatty materials from
the biological sample, the doulbe amount of finely powdered anhydrous
magnesium sulphate is added to the sampling tube, and the whole is homo-
genised with an insertable homogenizer. The resulting powder is transferred
into a special Soxhlet extractor. After 4 hours of extraction the solvent
is evaporated, leaving the fat in a small weighed test tube at the bottom
Sox.-tube) of the extractor. This fat is dissolved in methylene chloride in such a
way that 100 ul (0,1 ml) contain 20 mg of fat.

The 100 ul solution is now transferred to a little object glass, 3 x 7 cm,
covered with a silicagel layer 1 mm thick, in order to form a line 0,7 cm
from one end of the slide. Inserting this thin-layer plate into a vessel
the bottom of which is covered by a few mm of methylene chloride, the
solvent will be sucked up in the dry layer of silicagel, and at least
reach the upper end of the plate. The fact is that the fat has a greater
affinity to the powder on the plate than the chlorinated hydrocarbons
have. — and we get a separation. The fat being more polar than the
chlorinated hydrocarbons will never go longer than 2 cm before the

0281422

GNCR 0000016

JDGFOX00000040

ELUTION
tube

solvent reaches the upper part of the glass.

The front of the fat appears quite visible against a lamp, and with the aid of a razor blade the zone above the fat is transferred to the elution tube and the chlorinated biocides absorbed on the powder can now be eluted by one ml of ether. The concentration is sufficient for detection of the chlorinated hydrocarbons down to the $10^{-12}$ g level.

5 go

The next step in the analytical procedure concerns the separation of the different chlorinated hydrocarbons that the sample may contain. As a matter of fact, this is a troublesome task. It is easy to estimate what is not present, but more difficult to say exactly one is present. We suffer from the negative demonstration, as will be shown later.

At first a few words about the separation of the components present in the sample and their visualisation.

6 ge

The separation is accomplished by mean of a gas chromatograph fitted to a detector that transfers its impulse to a recorder.

The system is shortly described:

A spirally formed glass tube with an inner diameter of 2 mm and about 2 m in length is filled up by a support, covered with an thin layer of an oil. The tube is heated in the chromatograph to about $200°$. Through the tube a stream of nitrogen continously follows. When about 10 ul (1/100 of 1 ml) of the purified sample is injected into the tube, the components of the sample will be evaporized and go forward through the column with the gas stream. As the constituents have different affinity to the column filling they will pass the column with different speed and it will take different time for them to reach the detector at the other end of the glass tube. If the temperature and the nitrogen flow are held constant this time, the retention time, has a specific value for a certain compound. This is true, but unfortunately it is also a fact that two components can have the same retention time. This is one of the bigger problems in gas chromatographic analysis of unknown samples, as will soon be obvious.

To make it possible to estimate the retention time it is necessary to visualize the chlorinated hydrocarbons. For that purpose more or less specific detectors are used. The detector most often used in pesticide analysis is the so called electron capture detector, which can detect down to one picogram (= $10^{-12}$ g of lindan). Unfortunately this detector is not specific for chlorine, bu gives answer also for oxygencontaining compounds. The response here is much lower but can be counterbalanced if the concentration of the oxygen containing    is much higher.    0281423

The principle for the electron capture detector is shortly:

At the end of the gas chromatographic tube is placed a little tube containing a foil made of titanium tritide. This is an radiant. The b-

GNCR 0000017

JDGFOX00000041

particles are reacting with the nitrogen molecules coming from the column. Then we get $+ N_2 \longrightarrow e^- + N_2^+$. Over the detector we have a tension of 90 volt and by mean of the electrons we will get a constant electrical current over the detector. This standing current is transferred to a one-mV recorder as a constant baseline. When now a chlorinated hydrocarbon leaves the column this compound has a high affinity to the electrons and this means that the amount of electrons will diminish, and they will diminish proportionally to the amount of chlorine. The electrical current will also diminish and this is noted as a peak on the recorder. The area of the peak will be proportional to the amount of substance in the sample. By mean of a standard injection it is now possible to compare the retention time and the area of an unknown component with the retention time and area of the known standard. As said before this detector is not specific for chlrine but anyhow very useful, because of its high sensitivity. The system described has, as we have seen, two disadvantages:

1. Two different compounds can have the same retention time and be detected as one peak.

2. A registrated peak does not need to be chlorinated , because the detector is not specific.

If the sample is injected in two different columns with different chemical properties we have increased the chance for a good separation. If two compounds have the same retention time on one column they may not have it on another. When a result seems doubtful, - if the compound being responsible for a certain peak contains chlorine or not - it is possible to concentrate the sample and analyse it on a less sensitive detector such as the microclometric one, which is specifio for chlorine. The compound is burned in a furnace and teh generated chlorine titrated directly.

As is seen from the two last mentioned possibilities it is anyhow possible to get a rather high degree of certainty in residue analysis, but it is a rather time-consuming work.When using this method just described, we very often found that many chromatograms from residue analysis of most carefully purified samples still contain a large number of peaks. Many of these have retention times that do not agree with any known chlorinated pesticides, or their metabolites. This chromatogram con serve as an example. It was obtained by residue analysis of a sea-eagle found dead in the archipelago of Stockholm. In the range of the known peaks, there are so many unidentified that there also must be an obvious risk of the known peaks to be covered by unknown ones.

If this remark is found true, the reported results of many previous expe-

GNCR 0000018

JDGFOX00000042

titabive anal—is must be brought into ques—n. In the present investi-
gation it is shown that most of the unknown peak of chromatograms at
residue analysis of chlorinated pesticides are due to polychlorinated
biphenyls.

I will show a chromatogram of human fat analysed on a so called SF 96
column, the most often used type in pesticide analyses. Early retention
times were in agreement with DDE, DDTop and DDTpp. Next slide shows the
same sample analysed on a QF-1 column. Now the former 2 DDT peaks have
divided into 4 peaks, and two of them are still in agreement with DDTpp
and op., the two new were unknown.

Logically, these unknown components were at first thought to be metabolites
of the insecticides. Against that spoke that neigther treatment nor
concentrated sulfuric acid in other. This treatment made it rather sure
that the compounds did not contain oxygen. In Sweden residues of organic mer-
cury have been investigated rather intensively in the Swedish fauna.
As these compounds give very high responses to the electron capture detec-
tor it was also investigated if the unknown peaks could have a mercuric
origin.
It was found that the water-ecological series had high residues of both
mercury (Westermark,Johnels) and the unknown ones, when the same indivi-
duals were analysed. Anyhow, the pheasant suffering most from mercury
poisoning only contained low levels of electron capturing compounds and
these belonged
to the normal insecticides. Therefore the unknown could hardly be mercu-
rials or metabolites of them.

As the eagle sample giving the chromatogram shown in fig. 10. could be
estimated to contain DDT and DDE up to 13 g/kg in extractable fat, the
amount of unknown compounds also were suggested to be in the same range,
and tehn sufficiently high to do a run on the combined gas chromatograph –
mass spectrometer. If this could be done successfully it would be possible
to get very important informations about the chemical nature of the unknown,
for ex. the molekular weight numbers of chlorine etc. This method is up to
now the method giving the highest degree of certainty in the low level
analytical chemistry, amounts of 100 ng substance being enough.

As this method for identification of totally unknown residues surely
will be very important in the future (when f.ex. a biologist has found
that fishes in a river die) it may be possible by mean of this method to
find out exactly what compounds are responsible for the death.
For this reason, I will go into some details with this method.
In the actual case we took the extract from 20 mg eagle and concentrated

GNCR 0000019

JDGFOX00000043

it as much as possible and made an injection on the gas chromatograph combined with the mass spectrometer. The result was the chromatogram shown on the next slide. Every time the recorder showed that a compound is leaving the column, the effluent is led to the mass spectrometer. Now just a few words about the mass spec.

The molecules leaving the column are bombed with electrons at E. We have now got the molecule positive charged, but with the same mass as before. This $M^+$ is accelerated in a vacuum and will then got a kinetic energi.
      where   is the speed. Next comes the magnetic field that tries to bend the direction of the molecule. This        will be big for a small molecule and less for

If we have a sieve in the other end we can directly read the molecular weight. Added to this parent molecule $M^+$ we will also get addition informations, because of the fact that $M^+$ may not be stable, a part of them will be broken down before they reach the sieve in the other end.

F.ex. $M^+_{DDT}$   $M^+_{DDT} - CCl_3$

Mass spectrograms from the different unknown peaks in the eagle sample as shown. The mass numbers equal to the molecular weights of the unknowns could be read to 426,392, 358, 324. Astonishingly, the molecular differences were constantly 34 mass units. This difference shows a familiarity in origin of the unknown. Now the fact is that chlorine exists as a mixture of two isotopes with atom weights 35 and 37 in proportion 75:25. If the molecule has one chlorine, this will give two molecule peaks, one for $Cl_{35}$ and one for $Cl_{37}$. If there are two chlorine we have the possibility of one with only $Cl_{35}$, one with both $Cl_{35}$ and 37 and one with 2 $Cl_{37}$ and therefore

0281426

GNCR 0000020

JDGFOX00000044

The relation of the peaks found on the different mass spec were:

| Molecular weight | 324 | 358 | 392 | 426 |
|---|---|---|---|---|
| Chlorine content | 5 | 6 | 7 | 8 |

An explanation of the familiarity of the compounds can be given if one substance is built from the former by substituting a hydrogen with chlorine

$$RH + Cl_2 \rightarrow RCl + HCl$$
$$M^+ \qquad M^+ + 34$$

Then it is possibl to calculate the molecular weight of the parent hydrocarbon PHC.

$M_{PHC} = M - x M_{Cl} + x M_H$ , where M is the molecular weight of the component having x chlorine atoms. F.ex. for m = 426 and 8 Cl we will get $M_{PHC}$ = 426 - 280 + 8 = 154 and equal with the other molekyls.

The most probable formula with carbon and hydrogen giving this molecular weight is $C_{12} H_{10}$ and this can only be satisfied when the parent-hydro-carbon is biphenyl, and the unknown being polychlorinated biphenyls. This explanation was later fully verified by injection of a synthetic PHC on the mass spec.

Furthermore extensive gas chromatographic investigations proved that the PHC standard gave peaks with the same retention time as the unknown peaks from the sea eagle.

With the method just described I suppose that we have a new possibility to study the residues in the air because the pine needles can allways be                     . We have had great difficult in quantifying the PCB, but when getting a little more time it will be possible. We have done a few calculations on a few species, and I suppose they are right within a factor 2. We have found the residue to be from

It has been my statement here to-day to present  this method for studies of defiling of the nature, and with this method a new type of defiling agents has been found to be present in nature, and a few experiment have shown where they may be found.

Now this method is going to be used in the first hadn to estimate how the situation is in nature as a whole, and in the other hand to find the leaks throug which they find its way to nature. Seem maybe are present here today to get news about the leaks, and to them I want to say come back in a year.

0281427

GNCR 0000021

JDGFOX00000045

9.



So much I think I can say again that the PCB hardly can come from agriculture. As support for this suggestion I can say that we have found PCB in eagle feathers from Riksmuseet from 1944, where hardly any chlorinated pesticides were used in agricultrue. One more thing that I find important to say is that in contrast to the mercury problem this does not seem to be a pure Swedish problem. I have just studied chromatograms taken from London air, and they clearly contain PCB, and dr. Holden has told me that he also find them in his fishsamples. But finally in waiting at more results I should like to point one morething. It is proved that PCB comes to nature, we dont know now where they are used, but they are very persistant to chemicals and to fire. I think the poison jury should try to state that a content of PCB shall always be found in an open declaration.

0281428

GNCR 0000022

JDGFOX00000046



1. Mixture of insecticides and
   PCB from eagle sample
2. Same sample after ni:
   tration. Only PCB remain.
3. PCB-standard.
   Column: QFI 6% on
   gaschrom P 100-120 mesh
   silanized, sedimentated.
   130 cm in 0.12 cm i ∅. all glas.
   N₂- carriergas 13 cm/sec.
   eg to 30 ml/min.
   Det. ECD. Col. temp. 188°.

0281429

GNCR 0000023

Case 2:08-cv-00016-WCG   Filed 08/28/09   Page 13 of 28   Document 582-5

JDGFOX0000048



GNCR 0000024



1. PCB + Insecticides.
2. As 1. after nitration
3. PCB (Chlophen A 50) after nitration
4. Insecticides after nitration.

G.C. as in page 1.

GNCR 0000025

JDGFOX00000049



GNCR 000026

JDGFOX00000050



numbers as in page 2.
g.c: as in page 2, but
liquid fase 4% SF96

0281433

GNCR 0000027



JDGFOX00000052

Case 2:08-cv-00016-WCG    Filed 08/28/09    Page 18 of 28    Document 582-5

JDGFOX00000053



Fig 3.  GC-MS chromatogram from eagle sample. Peak. numbers repressent the points of scanning.



GNCR 0000030

0281436

JDGFOX00000054



JDGFOX00000055

Case 2:08-cv-00016-WCG   Filed 08/28/09   Page 21 of 28   Document 582-5

JDGFOX00000056



GNCR 0000032

Örnfettextrakt.
Beh. med $H_2SO_4 - HNO_3$ 1:1
Kolonn : 4 % SF 96
Detektor: Microcoulometer.

GNCR 0000033



GNCR 0000034

JDGFOX00000058



GNCR 0000035

JDGFOX00000059



GNCR 0000036



GNCR 0000037



GNCR 0000038



GNCR 0000039

JDGFOX00000063

# EXHIBIT G

NEW SCIENTIST  Dec. 15, 1966

"Report of a New Chemical Hazard"

A Swedish research worker has expressed concern over the increased amounts of polychlorinated biphenyl (PCB) entering the air, presumably from industrial smoke and rubbish-dump smoke, and being absorbed by water and taken up by fish and later humans. PCB which is related to and as poisonous as DDT was detected by Mr. Sören Jensen of the Institute for Analytical Chemistry, University of Stockholm, in some 200 pike taken from different parts of Sweden, fish and fish-spawn throughout the country, an eagle which was found dead in the Stockholm Archipelago, and in his own, his wife's and baby daughter's hair. As the baby is only five months old her father concludes that she got her dose of PCB with her mother's milk.

It is not known at present how much of this substance is dangerous or even fatal. If it is comparable with DDT then the limit would be 0.5 mg per cubic metre of air—and, for comparison, the dead eagle had at least 10 times as high a concentration in its body. For purposes of elimination Mr. Jensen has obtained feathers from eagles preserved at the Swedish National Museum of Natural History since 1880 and has detected PCB first in an eagle from 1944.

In Sweden, PCB is known to be used in electrical insulations, hydraulic oils, high-temperature and high-pressure lubricating oils, paints, lacquers and varnishes, and as pigments in various plastics. It does not seem to be used as an insecticide. It is not destroyed by incineration and may enter the body directly through the skin, by breathing, or by way of food (especially fish). It is particularly harmful to the liver, and also the skin; this has been demonstrated by experiments on mice. PCB is much harder to break down than DDT and there is every reason to suppose that it is much more difficult to get it out of the system. The substance has also been detected in the air over London and Hamburg and also in seals caught off Scotland. It can therefore be presumed to be widespread throughout the world.

-do-                              MONS  002478

MONSFOX00003427

EXHIBIT H

1098                                                                                                            NATURE. VOL. 220. DECEMBER 14. 1968

# Polychlorinated Biphenyls in the Global Ecosystem

by

R. W. RISEBROUGH
P. RIECHE

Institute of Marine Resources,
University of California, Berkeley 94720

D. B. PEAKALL

Division of Ecology and Systematics,
Cornell University, Ithaca,
New York 14750

S. G. HERMAN

Department of Zoology,
University of California, Davis 95616

M. N. KIRVEN

San Diego Natural History Museum,
PO Box 1390, San Diego, California 92112

Polychlorinated biphenyls are widely dispersed in the global ecosystem, and are powerful inducers of hepatic enzymes which degrade oestradiol. Together with other chlorinated biocides, such as DDT, they could account for a large part of the aberration in calcium metabolism which has been observed in many species of birds since the Second World War.

DECLINING populations of raptorial and fish-eating birds in Great Britain[1] and North America[2] have produced thin-shelled eggs since the period after the Second World War. A widespread change in the chemical environment which affected the calcium physiology of these species evidently occurred at that time. The chlorinated hydrocarbons, which came into general use in the 1940s, may now be the most abundant synthetic pollutants present in the global environment[3]. Thin eggshells have been found only in species which accumulate high concentrations of these compounds; relatively uncontaminated populations of these species continue to produce normal eggs[1,2].

Calcium metabolism in birds is intimately related to reproductive metabolism and is to a large extent regulated by steroids such as oestrogen and vitamin D[4]. The deposition of medullary bone, the chief source of calcium during egg and eggshell formation, is controlled by the steroid sex hormones[4-7], and hens deficient in vitamin D lay eggs with lower eggshell weights[8]. Steroids are hydroxylated and thereby degraded *in vivo* and *in vitro* by hepatic enzymes induced by exogenous, lipid-soluble substances, including the chlorinated hydrocarbons[9-14]. The relatively small amounts of chlorinated hydrocarbons required to produce this effect[9,11,15-18], and the discovery that small amounts of some of the DDT compounds are oestrogenic[9,19,20], have made irrelevant much of the parts per million approach to pollutant ecology based on toxicity data alone.

In both Great Britain[21-24] and North America[25] it was the decline of the peregrine falcon which initiated concern about the extent of the harmful effects of environmental contamination. In the United States the eastern population was extinct before competent observers were aware of a general, widespread decline[25]. Breeding peregrines persist in apparently normal numbers in British Columbia[26] and in the Arctic[27,28].

In 1967 we collected an unhatched, abandoned egg of a peregrine falcon in south-western North America, where a small remnant population remains (unpublished work of M. N. K., R. W. R. and S. G. H.). Analysis of this egg (Table 1) showed that it contained almost 5 mg of *p,p'*-DDE (dichloro-2,2-*bis*(*p*-chlorophenyl) ethylene). Unknown peaks present in the chromatograms of the extract of the egg were unidentified until polychlorinated biphenyls (PCB) were detected in European wildlife[29-31]. Positive confirmation of the identification was accomplished by mass spectrometry in Sweden[30]. The retention times of the unknown peaks in the peregrine extracts proved to be identical with those of several PCB compounds on *DC*-200 and *QF*-1 columns[3] and on a mixed *SE*-30:*QF*-1 column. Other species of birds and fish were subsequently analysed for PCB. The chlorine content of several extracts and standards was determined with a Dohrman microcoulometric detector and a method of quantification of the PCB compounds was devised based on peak heights produced in the electron capture detector related to standard *p,p'*-DDE[3]. The DDT compounds are destroyed by nitration[32] and *p,p'*-DDT (1,1,1-trichloro-

2,2-*bis*(*p*-chlorophenyl)ethane), DDD (1,1-dichloro-2,2-*bis* (*p*-chlorophenyl)ethane) and toxaphene are dehydrochlorinated by saponification with alcoholic KOH. PCB is not degraded by either procedure.

Table 1. CHLORINATED HYDROCARBONS IN NORTH AMERICAN PEREGRINE FALCONS

| Sample | Dieldrin | Total DDT* | Percentage DDE | PCB | DDT/PCB |
|---|---|---|---|---|---|
| 1. Unhatched egg† | | | | | |
| Baja California (wet) | 0·11 | 102 | 97 | 10·2 | 10 |
| 2. Second year‡ migrant from Arctic | | | | | |
| Breast muscle (wet) | NM | 99 | 94 | 28 | 3·5 |
| Breast muscle (dry) | | 296 | | 84 | |
| Brain (wet) | NM | 85 | 98 | 21 | 4·7 |
| Carcase (wet) | 0·87 | 70 | 93 | 19·7 | 3·5 |
| Carcase (lipid) | 62·5 | 5,000 | | 1,420 | |
| 3. Immature, California§ | | | | | |
| Breast muscle (wet) | NM | 14·4 | 90 | 9·4 | 1·5 |
| Liver (wet) | NM | 7·7 | 92 | 4·5 | 1·7 |
| Brain (wet) | 0·04 | 2·8 | 89 | 1·5 | 1·9 |
| Brain (lipid) | 0·50 | 36 | | 19·3 | |
| Carcase (wet) | 0·11 | 29·2 | 92 | 10·8 | 1·9 |
| Carcase (lipid) | 1·6 | 300 | | 160 | |
| 4. Adult, California‖ | | | | | |
| Breast muscle (wet) | NM | 127 | 87 | 98 | 1·3 |
| Liver (wet) | NM | 77 | 80 | 57 | 1·4 |
| Brain (wet) | 0·31 | 49·5 | 86 | 31·6 | 1·4 |
| Brain (lipid) | 3·7 | 595 | | 415 | |
| Carcase (wet) | 1·7 | 85 | 87 | 65 | 1·3 |
| Carcase (lipid) | 50 | 2,600 | | 1,980 | |
| 5. Immature¶ migrant | | | | | |
| Breast muscle (wet) | NM | 2·3 | 81 | 0·16 | 14 |
| Breast muscle (dry) | | 7·8 | | 0·54 | |
| Liver (wet) | NM | 1·0 | 92 | 0·10 | 10 |
| Brain (wet) | NM | 0·43 | 83 | 0·037 | 12 |
| Body fat (wet) | NM | 50·3 | 82 | 3·2 | 16 |
| Carcase (wet) | 0·07 | 9·3 | 82 | 0·80 | 12 |
| Carcase (lipid) | 0·44 | 63·7 | | 5·5 | |
| 6. Immature Arctic migrant** | | | | | |
| Breast muscle (wet) | NM | 1·9 | 89 | 0·6 | 3·4 |
| Breast muscle (wet) | | 6·0 | | 1·9 | |

Concentrations in parts per million wet weight, dry weight or lipid weight.

* DDT residues include: *p,p'*-DDT, *p,p'*-DDE, *p,p'*-DDD (*p,p'*-TDE), *p,p'*-DDMU, *o,p'*-DDT and *o,p'*-DDE. NM, Not measured.
† Chlorinated hydrocarbons of the egg were: 4,700 μg *p,p'*-DDE; 40 μg *o,p'*-DDE; 29 μg *p,p'*-DDD; 7·4 μg *p,p'*-DDD; 37 μg *p,p'*-DDMU; 5 μg dieldrin; 12 μg heptachlor epoxide. Concentrations were calculated by assuming a volume of 47·3 ml., the average value obtained by measuring eleven clutches of peregrine eggs from California in the Museum of Vertebrate Zoology, University of California, Berkeley, and by assuming a density of 1·0.
‡ Second year female, captured in October on the Texas coast during migration. Died in captivity shortly afterwards, no apparent cause of death. No body fat. Total body content of chlorinated hydrocarbons: 35 mg DDT, 10 mg PCB, 0·44 mg dieldrin, 0·18 mg heptachlor epoxide. Total body lipid, 7 g.
§ Plumage characteristics of both 3 and 4 were intermediate between those of typically resident California birds and the Arctic race *F.p. tundrius*, as described by White[3]. No. 3 was an immature female of the year trapped in the southern San Francisco Bay area in the winter of 1966. Observed feeding in the area for a week before capture. Died suddenly after eating a dead gull. Moderate body fat. Total body chlorinated hydrocarbon content: 13 mg DDT, 6·8 mg PCB, 0·07 mg dieldrin, 0·09 mg heptachlor epoxide. Total body lipid, 43 g.
‖ Adult female. Trapped in the southern San Francisco Bay area in the winter of 1966. Observed feeding in the area for a month before capture. Died shortly afterwards with no apparent cause of death and no body fat. Total body chlorinated hydrocarbon content: 52 mg DDT, 40 mg PCB, 1·0 mg dieldrin, 1·0 mg heptachlor epoxide. Total body lipid, 20 g.
¶ First year female trapped on the Texas coast in October. Lost at Pt Mugu, California, the following January, and was shot by a sportsman 3 weeks later. Abundant body fat. Total body content: 7 mg DDT, 0·6 mg PCB, 0·05 mg dieldrin, 0·17 mg heptachlor epoxide. Total body lipid, 110 g.
** First year female trapped on the Texas coast in October. Died shortly afterwards of heat prostration.

In Table 1 are presented the results of analyses of peregrine falcons which died from a variety of causes

© 1968 Nature Publishing Group

shortly after being trapped for falconry. Significant amounts of PCB were present in Arctic peregrines only a few months old (Nos. 5 and 6), but higher residues were present in a second year Arctic bird (No. 2) and exceptionally high residues were present in an adult trapped in California (No. 4). In birds 2 and 4 the total lipid reserves were very low, and in both the brain concentrations of DDE and PCB were high, perhaps at toxic levels. Fat mobilization during reproduction or in times of starvation or stress could be expected to cause significant changes in the internal distribution of chlorinated hydrocarbons. Steroid hydroxylase activity in the liver might increase at this time. Dieldrin concentrations were lower than in the peregrines analysed in Britain, but DDE concentrations were approximately comparable[34].

Table 2 presents the results of analyses of peregrine prey species, remains of which were collected at eyries in Baja California, Mexico. With the exception of the remains of one mourning dove (*Zenaidura macroura*) and of three fish bats (*Pizonyx vivesi*), prey material found at four eyries consisted of sea birds. Of these, the eared grebe (*Podiceps caspicus*) and the black petrel (*Loomelania melania*) constituted 32 and 25 per cent, respectively, of the remains.

Black petrels, like other petrels and shearwaters (Table 3), contained especially high concentrations of both DDT and PCB. Reproductive success in this population of peregrines seems to be subnormal. In 1968 no pairs were observed to hatch or fledge more than a single young. In the past, two to four young, the number normally produced by healthy peregrines[25,27], were raised by each pair (L. W. Walker, personal communication). The thickness of fragments of a peregrine eggshell, with its membrane, collected in 1968 below an eyrie where one young hatched, was 0·24 mm, a decrease of 34 per cent from the mean thickness of 0·34 mm ± 0·015 mm (95 per cent confidence level) in twenty-three eggs collected in the area before 1947. The region is wilderness, with little or no human interference, and is remote from sources of pollution.

In California, numbers of breeding peregrines have been reduced by at least 80 per cent in recent years. The remaining few pairs, however, seem to be reproducing normally and rear, when undisturbed, between two and four young each year. They are found, like most of the surviving pairs in Great Britain[21–24], in a relatively uncontaminated region and seem to be feeding on birds

which contain low concentrations of chlorinated hydrocarbons. A pair which fledged three young in 1968 fed chiefly on passerines and columbiformes during the breeding season. Both prey groups are relatively uncontaminated (M. N. K., R. W. R. and S. G. H., in preparation). A clutch of eggs collected in this region weighed as much as the eggs obtained in pre-war years, whereas other peregrine eggs from California collected since the Second World War have been thin-shelled (ref. 2, and D. W. Anderson, D. Hickey and R. F. Christensen, in preparation). Despite official protection the surviving birds are still subjected to shooting by sportsmen and to harassment at the eyries. If these could be effectively reduced the population might yet survive.

In Table 3 are presented the results of analyses of marine and terrestrial birds and of three species of freshwater fishes for PCB and DDT content and concentration. From the ratio of total DDT to PCB, it is apparent that regional fallout patterns exist. In most of the birds from San Francisco Bay which have been analysed, including peregrine falcons (Table 1) and eggs of the western gull, the Caspian tern and the black-crowned night heron (Table 3), the ratio was between one and two. Another black-crowned night heron egg had a typically "ocean" profile, suggesting that the adult female had wintered along the coast. In most of the birds from the Farallon Islands, which are 27 miles west of the Golden Gate Bridge, this ratio was between 2 and 5. In the Gulf of Panama, where PCB contamination might come from the Canal Zone and industrial areas in Panama City, the ratio is between 1 and 2 (Table 3).

In the Gulf of California, a region relatively remote from the sources of either DDT or PCB contamination, the ratio was in most cases approximately 9 or 10. This was true in the egg of the peregrine falcon (Table 1), in all of the black petrels and least petrels analysed, in the Craveri's murrelets (Table 2), in five of six osprey eggs and in six of seven western gull eggs (Table 3). Among the exceptions the fish bat, with low concentrations of both DDT and PCB, was the most divergent, with a ratio of 43 (Table 2). It is not clear whether this reflects differences between avian and mammalian physiology or a fundamental difference in feeding habits. The other exceptions include species which are present in the area only during the breeding season (Table 2).

In sea birds from the Pacific the ratio was usually between 5 and 10 (Table 3). PCB was not found in eggs of the Adelie penguin from Cape Crozier, Antarctica.

Table 2. PCB AND DDT IN PREY SPECIES OF PEREGRINE FALCONS IN THE GULF OF CALIFORNIA

| Species* | N | DDT (µg) | DDT (p.p.m.) | Percentage DDE | PCB (µg) | PCB (p.p.m.) | DDT/ PCB |
|---|---|---|---|---|---|---|---|
| Eared grebe (13) | | | | | | | |
| Whole body | 3 | — | 0·28, 0·26, 12·1 | 97 | NM† | | — |
| Black petrel (10) | | | | | | | |
| Whole body | 8 | 810 (685–1,344) | 9·2 (W) | 81 | — | 1·0 (W) (0·90–1·14) | 9·2 |
| Least petrel (6) | | | | | | | |
| Whole body | 3 | 99 (23–37) | 3·2 (W) | 83 | — | 0·35 (W) | 9·3 |
| Eggs | 2 | 30 | — | 84 | 3·1 (1·2–5·0) | | 10 |
| Fish bat (3) | | | | | | | |
| Whole body | 7 | 25 (15–31) | 0·71 (W) | 62 | 0·58 (0·45–1·06) | 0·02 (W) | 43 |
| Craveri's murrelet (2) | | | | | | | |
| Eggs (one clutch) | 2 | 230‡ (223–238) | 39 (L) | 80 | — | 4·5 (L) | 8·7 |
| Whole body, adult | 1 | 37·1 | 0·31 (W) | 85 | — | 0·039 (W) | 7·9 |
| Whole body, adult | 1 | 295 | 2·4 (W) | 85 | — | 0·26 (W) | 9·2 |
| Elegant tern (1) | | | | | | | |
| Eggs | 8 | 15·5 (9·6–24·3) | 5·0 (L) | 90 | — | 1·5 (L) (0·8–3·6) | 3·9 |
| Heermann's gull (1) | | | | | | | |
| Eggs | 3 | 195 (94–278) | 48 (L) | 95 | — | 8·1 (L) (3·5–11·3) | 5·9 |

Content in µg of whole bodies and eggs; concentrations in p.p.m. wet weight (W) or lipid weight (L).
* All specimens were collected in the vicinity of four peregrine eyries in Baja California. Numbers in parentheses are the number of remains of each prey species which were found at the eyries. Also found were remains of one cormorant (*Phalacrocorax* sp), one red phalarope (*Phalaropus fulicarius*), one northern phalarope (*Lobipes lobatus*) and one mourning dove (*Zenaidura macroura*), but local specimens of these species were not analysed. Eggs of least petrels, elegant terns and Heermann's gulls were from different clutches. Eared grebe: *Podiceps caspicus*; black petrel: *Loomelania melania*; least petrel: *Halocyptena microsoma*; fish bat: *Pizonyx vivesi*; Craveri's murrelet: *Endomychura craveri*; elegant tern: *Thalasseus elegans*; Heermann's gull: *Larus heermanni*.
† Not measured. Interfering peaks on chromatograms.
‡ Both eggs also contained 0·08 p.p.m. dieldrin (lipid weight) and 0·17 p.p.m. endrin (lipid weight).

© 1968 Nature Publishing Group

Table 3.  PCB AND DDT IN THE GLOBAL ECOSYSTEM

| Species | N | Total DDT (µg) | (p.p.m.) | Percentage DDE | PCB (µg) | (p.p.m.) | DDT/PCB |
|---|---|---|---|---|---|---|---|
| White crappie (1) | 1 | — | 1·83 (W) | 6 | — | 0·004 (W) | 475 |
| Black crappie (2) | 1 | — | 2·10 (W) | 6 | — | 0·003 | 660 |
| Bluegill (3) | 1 | — | 5·5 (W) | 6 | — | 0·005 | 1,200 |
| Adelie penguin (4) | | | | | | | |
| Eggs | 5 | 0·78 (0·59–1·04) | 0·128 (L) | 74 | <0·044 µg/egg | | >18 |
| Western grebe (5) | | | | | | | |
| Breast muscle | 1 | — | 26·4 (W) | 5 | — | 0·098 (W) | 270 |
| Fulmar (6) | | | | | | | |
| A | 1 | — | 0·41 (W) | 76 | — | 0·08 (W) | 5 |
| B | 1 | — | 3·4 (W) | 89 | — | 0·34 (W) | 10 |
| C | 1 | 10,475 | 17·5 (W) | 96 | 3,900 | 6·5 (W) | 2·7 |
| Pink-footed shearwater (7) | 1 | 2,000 | 3·0 (W) | 93 | 277 | 0·42 (W) | 7·2 |
| Sooty shearwater (8) | | | | | | | |
| A | 1 | — | 12·3 (W) | 94 | — | 1·2 (W) | 10 |
| B | 1 | — | 10·3 (W) | 86 | — | 0·9 (W) | 12 |
| C | 1 | 1,265 | 2·3 (W) | 85 | NM | | |
| Slender-billed shear-water (9) | 1 | — | 32·0 (W) | 92 | — | 2·1 (W) | 15 |
| Ashy petrel (10) | 3 | 2,158 (1,644–2,826) | 59·3 (W) | 95 | 389 (298–482) | 9·8 (W) | 5·5 |
| Brown pelican (11) | | | | | | | |
| Eggs, Panama | 6 | 59 (18–183) | 11·5 (L) | 61 (47–78) | 28·1 (18–30) | | 1·55 (0·97–3·2) |
| Eggs, Baja California | 2 | 53 (47–59) | 10·0 (L) | 81 | 10·4 (9·0–11·7) | — | 6·5, 4·0 |
| Frigate-bird (12) eggs, Panama | 3 | 9·6, 8·7, 30·0 | — | 88 | 8·4, 5·7, 84·0 | | 1·1, 1·5, 0·4 |
| Brown booby (13) eggs, Panama | 4 | 20·8 (16·4–24·5) | 8·2 (L) | 89 | 12·2 (6·5–18·9) | 4·8 (L) | 1·7 |
| Brandt's cormorant (14) eggs | 17 | 326 | — | 91 | 113 | — | 2·9 |
| Pelagic cormorant (15) eggs | 2 | 128 (125–130) | — | 90 | 62 (48–75) | | 2·1 |
| Cinnamon teal (16) | 1 | 4,340 | 10·9 (W) | 70 | | 0·91 | 12 |
| White-tailed kite (17) | | | | | | | |
| Eggs, clutch A | 4 | 11·4 (9·8–12·9) | 0·76 (W) | 77 | 6·4 (5·5–7·8) | — | 1·8 |
| Unhatched egg B | 1 | 5·1 | 0·84 (W) | 82 | 0·84 | — | 6·0 |
| Unhatched egg C | 1 | 5·3 | 0·35 (W) | 73 | 3·6 | — | 1·5 |
| Clutch D | 2 | 8·3/egg | | 82 | 4·3/egg | — | 2·0 |
| Clutch E | 3 | 10·2/egg | 9·0 (L) | 57 | 4·0/egg | — | 2·6 |
| Clutch F | 4 | 31·9/egg | | 80 | 3·8/egg | — | 8·5 |
| Cooper's hawk (18) | 1 | 8,500 | 25·2 (W) | 90 | | 6·3 | 4·0 |
| Golden eagle (19) egg | 1 | 150 | 2·0 (W) | 98 | 17·5 | 0·23 (W) | 8·5 |
| Osprey (20), Baja California | 6 | 127 (30–264) | 55 (L) | 85 | (7·3, 3·0, 103) (24, 7·0, 19) | | 8·5, 10·1, 1·3, 11·2, 9·7, 11·1 |
| Merlin (21) | 1 | 435 | 2·9 (W) | 94 | 55·4 | 0·39 (W) | 12·7 |
| American kestrel (22) | | | | | | | |
| Whole body, adult | 1 | 5·1 | 0·044 | 39 | 3·7 | 0·031 | 1·4 |
| Eggs, two clutches | 6 | 2·4/egg | 0·20 (W) | 93 | 1·0/egg | 0·09 (W) | 2·3 |
| Black-crowned night heron (23) | | | | | | | |
| Egg | 1 | 541 | — | 89 | 330 | — | 1·6 |
| Egg | 1 | 869 | — | 99 | 23 | — | 36 |
| Western gull (24) | | | | | | | |
| Eggs, San Francisco Bay, three clutches | 4 | 803 (682–1,123) | — | 85 | 805 (580–1,310) | — | 1·0 |
| Eggs, Farallon Is., ten clutches | 10 | 412 ± 102 | — | 89 | 138 ± 55 | — | 3·0 |
| Eggs, Baja Calif., seven clutches | 7 | 385 ± 230 | — | 97 | 45 ± 30 | — | 9·1, 10·5, 5·0, 12·3, 10·6, 10·7, 10·5 |
| Forster's tern (25) eggs | 2 | 665 (598–732) | — | 89 | 114 (91–137) | — | 5·8 |
| Caspian tern (26) | | | | | | | |
| Eggs, San Francisco Bay | 2 | 1,269 (1,216–1,322) | — | 89 | 805 (660–950) | — | 1·7 |
| Eggs, San Diego Bay | 5 | 1,430 (991–2,430) | — | 88 | 1,010 (550–1,600) | — | 1·4 |
| Red phalarope (27) | 1 | | 0·78 (W) | 79 | | 0·10 | 8 |
| Common murre (28) eggs | 6 | 1,945 (932–3,621) | 151 (L) | 90 | 558 (384–1,010) | 45 (L) | 3·5 |
| Cassin's auklet (29) | 1 | | 5·8 (W) | 98 | | 0·16 | 36 |
| Ancient murrelet (30) | 1 | — | 0·75 | 90 | — | 0·15 | 5 |
| Rhinoceros auklet (31) | 1 | — | 2·7 | 97 | — | 0·36 | 8 |
| Mourning dove (32) | 2 | 12·0, 33·1 | 0·19 (W) | 77, 93 | Not detected | — | |
| Barn owl (33) | | | | | | | |
| Eggs, one clutch | 3 | 27·7/egg | 1·25 (W) | 95 | 10·4/egg | 0·47 (W) | 2·7 |
| Eggs, one clutch | 2 | 143/egg | 6·6 (W) | 96 | 14·4/egg | 0·66 (W) | 10 |
| Meadowlark (34) | 2 | 21·2, 448 | 0·18, 3·3 (W) | 77, 93 | 2·5, 28·1 | — | 8·4, 15·9 |

Content in µg and concentrations in p.p.m. wet weight (W) or lipid weight (L).
Unless otherwise specified, analyses were of whole bodies. Endrin and dieldrin were identified on the basis of retention times on both QF-1 and DC-200 columns.

1. *Pomoxis annularis*, 284 g, Clear Lake, Lake Co., Calif., May 1968.
2. *Pomoxis nigromaculatus*, 212 g, Clear Lake, Lake Co., Calif., May 1968.
3. *Lepomis macrochirus*, 229 g, Clear Lake, Lake Co., Calif., May 1968.
4. *Pygoscelis adeliae*, Cape Crozier, Antarctica, October 1967.
5. *Aechmophorus occidentalis*, Clear Lake, Lake Co., Calif., May 1968.
6. *Fulmarus glacialis*. A and B: Monterey Bay, Calif., November 1, 1966. C: Point Reyes, Calif., December 1967. Fulmars breed in Alaska.
7. *Puffinus creatopus*. Breeds in Chile. Collected in May 1968, in the Gulf of California.
8. *Puffinus griseus*. Breeds in New Zealand and Chile. A and B: Monterey Bay, November 1, 1966. C: Gulf of California, May 1968. NM, Not measured, interfering peaks.
9. *Puffinus tenuirostris*. Breeds in Australia. Monterey Bay, December 1966.
10. *Oceanodroma homochroa*. Farallon Islands, Calif., May 1968.
11. *Pelecanus occidentalis*. Panama eggs were collected on Isla Pacheca and Isla Pachequilla, Gulf of Panama, February 1968. One egg contained 0·06 p.p.m. dieldrin and 0·06 p.p.m. endrin, another contained 0·16 p.p.m. dieldrin and 0·07 p.p.m. endrin (lipid weight). Baja California eggs were collected at Bahia de los Angeles, March 1968. One egg contained 0·24 p.p.m. dieldrin and 1·13 p.p.m. endrin (lipid weight).
12. *Fregata magnificens*. Isla Pacheca, Panama, February 1968.
13. *Sula leucogaster*. Isla Pacheca and Isla Pachequilla, Panama. February 1968. Two eggs were analysed for dieldrin and endrin. Dieldrin: 0·08, 0·18 p.p.m.; endrin: 0·06 and 0·011 p.p.m. (lipid weight).
14. *Phalacrocorax penicillatus*. Farallon Islands, May 1967.
15. *Phalacrocorax pelagicus*. San Mateo Co., Calif.
16. *Anas cyanoptera*. San Diego, April 1968. Adult male.
17. *Elanus leucurus*. A: Contra Costa Co., Calif., April 1968. B and C: Contra Costa Co., May 1968, two and three young raised, respectively. D: Abandoned. Contra Costa Co., May 1967. E and F: Destroyed nests, Contra Costa Co., March 1968.

© 1968 Nature Publishing Group

Table 3 (continued)

18. *Accipiter cooperii*.  Balboa Park, San Diego, February 1968.  First year female, died of trichomoniasis.
19. *Aquila chrysaetos*.  San Luis Obispo Co., Calif., April 1968.  Unhatched egg in nest where one young was raised.  Egg also contained 4·7 µg of dieldrin, 1·9 µg of heptachlor epoxide, but no endrin.
20. *Pandion haliaetus*.  Gulf of California, March 1968.  One egg also contained 0·10 p.p.m. dieldrin and 0·25 p.p.m. endrin (L).
21. *Falco columbarius*.  Immature, Utah, December 1967.
22. *Falco sparverius*.  Adult was killed on road, Mendocino Co., Calif., December 1967.  Eggs from Davis, California, 1968.
23. *Nycticorax nycticorax*.  Eggs from different clutches, San Francisco Bay, May 1967.
24. *Larus occidentalis*.  Standard errors, 95 per cent confidence limits.
25. *Sterna forsteri*.  San Diego Bay, May 1967.
26. *Hydroprogne caspia*, 1967.
27. *Phalaropus fulicarius*.  Monterey Bay, November 1, 1966.
28. *Uria aalge*.  Farallon Islands, May 1967.
29. *Ptychoramphus aleuticus*.  Farallon Islands, April 1966.
30. *Synthliboramphus antiquum*.  Monterey Bay, November 1, 1966.
31. *Cerorhinca monocerata*.  Monterey Bay, November 1, 1966.
32. *Zenaidura macroura*.  San Diego, July 1968.
33. *Tyto alba*.  Clutch *A* from Contra Costa Co., Calif., March 1968.  Clutch *B* from Yolo Co., Calif., April 1968.
34. *Sturnella neglecta*.  Davis, Calif., December 1967.

In these, however, the amount of DDT was very low; with a DDT:PCB ratio of 18, no PCB would have been detected.  A larger amount of fat material from Antarctic organisms, which would contain more DDT, would therefore have to be analysed before concluding that PCB has not yet reached the Antarctic.

Individuals of species resident in industrial areas have, as expected, higher PCB levels than individuals of the same species from more remote regions.  Analysis of ten eggs from ten clutches of the western gull from the Farallon Islands showed an average PCB content of $136 \pm 55$ µg (95 per cent confidence interval).  PCB content of four eggs from three clutches from an island in San Francisco Bay averaged 805 µg with a range from 580 to 1,310 (Table 3).  Seven eggs from seven clutches in the Gulf of California contained $45 \pm 30$ µg of PCB.  The DDT content of the eggs from the Farallons was not significantly different from that of the Baja California eggs.

Birds from the Gulf of California also contain dieldrin and endrin (Tables 2 and 3), but the number of analyse is as yet insufficient to compare their relative abundance with that of DDT and PCB.  Despite the inability of the Shell Chemical Company to find any chlorinated hydrocarbons in the Gulf of California and at the mouth of the Colorado River[35], which drains into the Gulf, it is likely that some do enter from the Colorado River and from agricultural areas in western Mexico.  A significant fraction, however, must come from the atmosphere[36], and air transport best explains the presence of PCB in remote areas.  In extracts from the Gulf of California one PCB compound was present in relatively small concentrations.  This compound is readily degraded by ultraviolet light irradiation in laboratory experiments, and may therefore be selectively degraded in the atmosphere.  Although PCB is not soluble in water, it has a low but finite vapour pressure[37].  Incineration of materials containing PCB would greatly increase the rate of entry into the atmosphere.  PCB is used in the manufacture of many industrial products, so the high amounts found in San Francisco Bay, Puget Sound[3] and San Diego Bay presumably result from direct discharge of industrial wastes into these waters and from local fallout.

The presence of PCB in the few land birds and fresh-water fish analysed indicates that it is also distributed among continental ecosystems in North America.  Pere-grines could therefore acquire PCB, as well as the other chlorinated hydrocarbons, over all their global range.  No PCB residue data are available for prey species from the Atlantic, but compounds which seem to be PCB have been isolated from seals[38].  A second year male peregrine spent the winter of 1967–68 on Isla Pacheca, Panama, where the pelican, booby and frigate-bird eggs of Table 3 were collected.  The Cooper's hawk which was analysed, a species which also preys upon birds, contained high residues of both DDT and PCB (Table 3).  Cooper's hawks have declined in eastern North America and in some regions have produced thin-shelled eggs[34].  Several

species of raptors do not accumulate high amounts of the organo-chlorine compounds (Table 3), a result of the very low residue levels usually found in their prey.  American kestrels and barn owls are common residents of California cities.  The white-tailed kite, which was near extinction 40 years ago in California, is now abundant in areas where insecticide use is intense, yet because it preys primarily upon the short-lived and herbivorous vole, *Microtus*, the species accumulates very little DDT or PCB (Table 3).

Previous work[18] has shown that both DDT and dieldrin induce hepatic enzymes in the pigeon which, in an *in vitro* preparation, increase the metabolism of progesterone and testosterone.  This work has now been extended to study the metabolism of oestradiol by enzymes induced by $p,p'$-DDE, technical DDT (Dupont) and PCB ('Aroclor 1262').  The experimental procedure previously described[18] was followed except that the chlorinated hydrocarbons were injected intramuscularly rather than given orally, and in the separation of oestradiol and its metabolites the solvent system used was the upper layer of a mixture of benzene:heptane:methanol:water 7:3:8:2.  The strips were monitored with an autographic strip scanner.  The profiles obtained for the various inducing agents are shown in Fig. 1.  It will be noted that the profiles of the metabolites obtained after enzyme induction using DDE and DDT are identical, but that a different metabolite is produced by the enzyme induced by PCB.  The amount of metabolites formed was calculated from the radio-activity of the peaks.  The results obtained are given in Table 4.

Table 4.  INCREASE OF OESTRADIOL METABOLISM BY PIGEON LIVER HOMO-GENATES FROM BIRDS TREATED WITH VARIOUS CHLORINATED HYDROCARBONS

| | Amount of polar metabolites formed in mµmoles |
|---|---|
| Control | $29 \cdot 3 \pm 6 \cdot 5$ |
| DDE (40 mg/kg) | $76 \cdot 2 \pm 13 \cdot 1$ |
| DDT (40 mg/kg) | $93 \cdot 1 \pm 11 \cdot 2$ |
| PCB (20 mg/kg) | $160 \cdot 0 \pm 10 \cdot 5$ |

Each figure is the average with standard deviation of a group of four birds.  In all cases 500 mµmoles of oestradiol-6,7-T (500 mCi/mmole) was present in the incubation mixture.  Incubation time 30 min, weight of microsomal fraction used 300 mg.  All chlorinated hydrocarbons were injected intramuscularly into the pectoral muscle 7 days before death.

Body concentrations of 40 p.p.m. of $p,p'$-DDE significantly increased the rate of oestradiol degradation by the induced enzymes in the experimental conditions.  On a weight basis the PCB preparation had an oestradiol degrading potential approximately five times that of $p,p'$-DDE or technical DDT.  Both DDE and PCB, which are apparently the most abundant of the chlorinated hydrocarbon pollutants in the global ecosystem, have therefore the capacity to produce sublethal physiological effects in birds.

Studies on the activity of induced enzymes in the rat at various times after a single injection of DDT or dieldrin have been made by Ghazal et al.[39].  He found that it took 70 days for the activity to fall to half its maximum value in the case of DDT and 15 days in the case of dieldrin.  Experiments with dieldrin on pigeons

© 1968 Nature Publishing Group

1102

NATURE, VOL. 220, DECEMBER 14, 1968



CONTROL

DDE

PCB

DDT

Fig. 1. Chromatographic separation of oestradiol and its metabolites. The large peak is unaltered oestradiol.

show that only a quarter of maximum activity remains after a month. Thus there is evidence that the effects of these induced enzymes can persist over a long period of time although more studies are needed to determine the steroid degrading potentials of livers of those species contaminated with chlorinated hydrocarbons. The profile of the metabolites should be some indication of the history of exposure to chlorinated hydrocarbons.

The reductions in eggshell thickness and eggshell weight increase the chances of egg breakage[21-24], and water retention, which affects hatching success[40-41], might be impaired. The environment in which birds now exist is therefore no longer the same as that in which they evolved; it is unlikely that any species has the genetic capacity to meet the selection pressures resulting from the abrupt environmental change which has produced the thin eggshells. The peregrine falcon is a species long highly revered and respected. G. H. Thayer[42] has described it as "the embodiment of noble rapacity and lonely freedom". An irony therefore exists in the fact that the peregrine may be the first species to be extirpated by global contamination.

This work was supported by the US National Science Foundation, the Bureau of Sport Fisheries and Wildlife and the US Public Health Service. Pure $p,p'$-DDE was supplied by the Federal Drug Administration, and samples of 'Aroclor' by the Monsanto Chemical Company.

Received August 26; revised November 14, 1968.

[1] Ratcliffe, D. A., *Nature*, **215**, 208 (1967).
[2] Hickey, J. J., and Anderson, D. W., *Science*, **162**, 271 (1968).
[3] Risebrough, R. W., in *Chemical Fallout, First Rochester Conference on Toxicity* (in the press, 1968).
[4] Simkiss, K., *Calcium in Reproductive Physiology* (Reinhold, New York, 1967).
[5] Simkiss, K., *Biol. Rev.*, **36**, 321 (1961).
[6] Clavert, J., and Benoit, J., *CR Soc. Biol., Paris*, **136**, 509 (1942).
[7] Kyes, P., and Potter, T. S., *Anat. Rec.*, **60**, 377 (1934).
[8] Hart, E. B., Steenbock, H., Lepkovsky, S., Kletzien, S. W. F., Halpin, J. G., and Johnson, O. N., *J. Biol. Chem.*, **65**, 579 (1925).
[9] Welch, R. M., Levin, W., and Conney, A. H., *Chemical Fallout, First Rochester Conference on Toxicity* (in the press).
[10] Hart, L. G., Schultice, R. W., and Fouts, J. R., *Toxicol. Appl. Pharmacol.*, **5**, 371 (1963).
[11] Hart, L. G., and Fouts, J. R., *Naunyn-Schmiedeberg's Arch. Exp. Path. Pharmakol.*, **249**, 486 (1965).
[12] Conney, A. H., Welch, R. M., Kuntzman, R., and Burns, J. J., *Clin Pharmacol. Therap.*, **3**, 2 (1966).
[13] Conney, A. H., *Pharmacol. Rev.*, **19**, 317 (1967).
[14] Kupfer, D., *Residue Rev.*, **19**, 11 (1967).
[15] Gerboth, G., and Schwabe, U., *Arch. Exp. Pathol. Pharmakol.*, **246**, 469 (1964).
[16] Gillett, J. W., *J. Agric. Food Chem.*, **16**, 295 (1968).
[17] Schwabe, U., *Arzneimittel-Forsch.*, **14**, 1265 (1964).
[18] Peakall, D. B., *Nature*, **216**, 505 (1967).
[19] Welch, R. M., Levin, W., and Conney, A. H., *Toxicol Appl. Pharmacol.* (in the press).
[20] Bitman, J., Cecil, H. C., Harris, S. J., and Fries, G. F., *Science*, **162**, 371 (1968).
[21] Ratcliffe, D. A., *Brit. Birds*, **51**, 23 (1958).
[22] Ratcliffe, D. A., *Bird Study*, **10**, 56 (1963).
[23] Ratcliffe, D. A., *Bird Study*, **12**, 66 (1965).
[24] Ratcliffe, D. A., *Bird Study*, **14**, 238 (1967).
[25] Hickey, J. J., *Peregrine Falcon Populations: Their Biology and Decline* (University of Wisconsin Press, in the press).
[26] Beebe, F. L., *Condor*, **62**, 145 (1960).
[27] Cade, T. J., White, C. M., and Haugh, J. R., *Condor*, **70**, 170 (1968).
[28] Enderson, J. H., and Berger, D. D., *Condor*, **70**, 149 (1968).
[29] Jensen, S., *New Sci.*, **32**, 612 (1966).
[30] Widmark, G., *J. Assoc. Off. Anal. Chem.*, **50**, 1069 (1967).
[31] Holmes, D. C., Simmons, J. H., and Tatton, J. O'G., *Nature*, **216**, 227 (1967).
[32] Erro, F., Bevenue, A., and Beckman, H., *Bull. Environ. Cont. Toxicol.*, **372** (1967).
[33] White, C. M., *Auk*, **85**, 179 (1968).
[34] Jefferies, D. J., and Prestt, I., *Brit. Birds*, **59**, 49 (1966).
[35] *Aldrin, Dieldrin, Endrin (A Status Report)* (The Shell Chemical Company 1967).
[36] Risebrough, R. W., Hugget, R. J., Griffin, J. J., and Goldberg, E. D., *Science*, **159**, 1233 (1968).
[37] *Tech. Bull. PL-306* (Monsanto Chemical Company).
[38] Holden, A. V., and Marsden, K., *Nature*, **216**, 1274 (1967).
[39] Ghazal, A., Koransky, W., Portig, J., Vohland, H. W., and Klempau, I. *Arch. Exp. Pathol. Pharmakol.*, **249**, 1 (1964).
[40] Jones, R. E., and Leopold, A. S., *J. Wildl. Management*, **37**, 221 (1967).
[41] Mayhew, W. W., *J. Wildl. Management*, **19**, 36 (1955).
[42] Thayer, G. H., *Bird Lore*, **6**, 47 (1904).

# Tsunamis on the Moon?

by

W. G. VAN DORN
Scripps Institution of Oceanography,
University of California,
San Diego, California

The spacing of the five annular mountain rings around Mare Orientale fits a dispersion curve for gravity waves on a 50 km "liquid" layer overlying a rigid basement.

THE question whether the multiple ring-like mountain structures surrounding most of the lunar craters larger than 120 miles in diameter might be "frozen tsunamis", set in motion by the shock waves caused by impacting planetesimals, was first brought to my attention by R. B. Baldwin (personal communication). Baldwin points out that in several cases (including the giant Mare Imbrium) two or more rings can be made out

© 1968 Nature Publishing Group

EXHIBIT I

MONSANTO

W. H. Richard - Research Center

| | | | | |
|---|---|---|---|---|
| DATE | March 6, 1969 | | H. Bergen | HWBRG |
| | | | J. Springate | JSPRX |
| SUBJECT | AROCLOR WILDLIFE ACCUSATIONS | | W. Schulz | WSCHA |
| | | | D. Olson | DOLSO |
| REFERENCE | | | R. Kelly | RKELL |
| | | | J. Garrett | JGARR |
| TO : | E. Wheeler - EWHEE | | P. Hodges | PHODG |
| | | | P. Park | PPARK |
| | | | R. Keller | JFQ |
| | | | E. Tucker | JFQ |

Risebrough in a recent paper "Nature", Vol. 220, Dec. 14, 1958, has attacked chlorinated biphenyls in three ways:

(1) a pollutant – widely spread by air-water; therefore an uncontrollable pollutant.

(2) a toxic substance – with no permissible allowable levels causing extinction of peregrine falcon by induced hepatic enzymes which degrade steroids upsetting Ca metabolism leading to reproductive weakness, presumably through thinner egg shells.

(3) a toxic substance endangering man himself; implying that the peregrine falcon is a leading indicator of things to come.

At outlined in Science, Vol. 163, Pg. 548, Environmental Defense Fund (EDF) is attempting to write new legal precedents in conservation law by hearings and court action. In the Wisconsin case, water quality standards are at issue. "A substance shall be regarded as a pollutant if its use results in public health problems or in acute or chronic (injury) to animal, plant or aquatic life". Wisconsin is one of 7 states which now have federally approved water quality standards. According to Bern Wright, acting chief of the Federal Water Pollution Control Administration's Water Quality Standards Branch, DDT would fit the definition of a pollutant upon a showing that it is harmful to aquatic life.

These people in EDF are saying we must not put stress on any living thing through a change in air or water environment. Eagles, plant life, anything which lives or breathes. This group is pushing hard on the extension of the word harmful. They claim "enzyme inducer" activity is the real threat of DDT and PCB's and are using these arguments to prove that very small amounts of chlorinated hydrocarbons are "harmful".

Monsanto is preparing to challenge certain aspects of this problem but we are not prepared to defend against all of the accusations.

(a) Monsanto is preparing itself to identify trace ppb quantities of chlorinated biphenyls in water samples, in concentrated collected air samples, and in animal tissues. We will know whether we have been falsely identified and accused or not. We will eventually know where any pollution is taking place and the extent of the pollution.

MONS  096509

CV96-J-0440-E
DATE 04/02/01

PLTF EXHIBIT NO. 163

E. Wheeler                    -2-                    March 6, 1969

(b) We are not prepared to defend ourselves against the accusa-
tions made of enzyme and hormone activity, the isolation of
enzymes or metabolic products, the indirect accusation of
cancer, or the splitting of genes, when this accusation is
made. Whether we can defend this route or not needs further
discussion.

(c) Through the Industrial Bio-Test program we are to establish
the long term allowable limits of chlorinated biphenyls for
certain birds-fish-animals by feeding experiments, pathologi-
cal examination, and tissue analysis for chlorinated biphenyls.
We may be able to answer reproductive ability in some animals.

DDT has been under attack for some years because of its chlorine
content, its persistent ability to be identified, and the wildlife
problems attributed to it. We will still be under the same attack
by the mechanisms listed in (b) even though we might establish
safe operating limits for humans and certain animals.

Where does this leave us?

Under identification and control of exposure - we will be able to
identify and analyze residues as well or better than anyone in the
world. We will probably find residues other than DDT and PCB's.
We will probably wind up sharing the blame in the ppm to ppb con-
centration level.

We can take steps to minimize pollution from our own chlorinated
biphenyl plants, we can work with our larger customers to minimize
pollution, we can continue to set up disposal and reclaim operations.
We can work for minimum exposure in manufacture and disposal of
capacitors, transformers and heat transfer systems, and minimize
losses for large hydraulic users.

But, we can't easily control hydraulic fluid losses in small plants.
It will be still more difficult to control other end uses such as
cutting oils, adhesives, plastics and NCR paper. In these appli-
cations exposure to consumers is greater and the disposal problem
becomes complex. If chlorinated biphenyl is shown to have some
long term enzyme or hormone activity in the ppm range, the appli-
cations with consumer exposure would cause difficulty.

Risebrough has taken known Aroclor samples and claims to have
evidence of enzyme and hormone change. Here there is no question
of identification. Either his position is attacked and discounted
or we will eventually have to withdraw product from end uses which
have exposure problems. Since Risebrough's paper in "Nature",
Dec. 1968 has just been published, it is timely, perhaps imperative,
that this paper and its implications be discussed with certain
customers. This is a rough one because it could mean loss of
business on empty and false claims by Risebrough.

Well prepared discussions with Ind. Bio-Test, Monsanto biochemists,
the medical and legal departments must take place now. The

MONS  096510

E. Wheeler                    -3-              March 6, 1969

position of DDT manufacturers should be determined as a guide.
We are being accused of the same things attributed to DDT.

I have written this memo to clarify some of the issues. May I
please have comments.

Thanks,


                              W. R. Richard

mm
Att.


MONS  096511

# EXHIBIT J

MONSANTO

FROM (NAME & LOCATION): W. R. Richard - Research Center

DATE: September 9, 1969

cc  P. Hodges    PHCDG
    M. Farrar    Res. 1
    H. Bergen    HBERG

SUBJECT: DEFENSE OF AROCLOR -
F. FLUIDS

REFERENCE:

TO: E. Wheeler - EWHEE

## General Policy

Make the Govt., States and Universities prove their case,
but avoid as much confrontation as possible.  Comply and
work with public officials to meet or exceed requirements
ahead of time.  Adverse publicity and competition are
the real weapons.

Analytical    In Air  - Which Aroclors are present? Where?
for Aroclor   In Water- Which compounds?                    Govt.
              In Animals - interfere?                       Agencie

Keep track of how much contamination - which sources.

Prove Bioharmful - Let Govt. prove its case, on case by case basis

Monsanto Visit-Govt. Biolabs - in search of toxicological
                               experiments and evidence
                               vs. Aroclors to keep up with
                               progress.

Monsanto Prove Bioharmless - Limited work at Ind. Bio-test -

"Safe" toxic     man                  Rats       Seek evidence of Biodegra-
level for        mammals via          Chickens      dation
                 fish                 Fish       Question evidence against
                                                    us.
                                                 Question shrimp toxicology
                                                    especially other toxic
                                                    chemicals.
                                                 If Aroclor bad, others
                                                    must be worse.

## Probable Outcome

We can prove some things are OK at low concentration.
Give Monsanto some defense.

We can't defend vs. everything.  Some animals or fish or
insects will be harmed.

Aroclor degradation rate will be slow.  Tough to defend
against.  Higher chlorination compounds will be worse ..
lower chlorine compounds.

Therefore we will have to restrict uses and clean-up as
much as we can, starting immediately.

OSW  014256

-2-

Therefore we will have to work for alternate products in end use applications; for Aroclor production facilities.

Clean Up Aroclors and substitute products where necessary and when required, before threats of publicity and competitive activity over-whelm us.

Water Pollution seems to be first issue

Aroclor product is refractive, will settle out on solids - sewerage sludge - river bottoms, and apparently has a long life.

Florida or Gulf Coast - Aroclor 1254 - Aroclor 1260 present issue.
    40-200 ppb - causing problem at Pensacola (Monsanto) in plant effluent-causing " with shrimp.
                        - can't risk shut-down of plant.
    Federal and State can extrapolate to other plants in Gulf area.

San Francisco - Aroclor 1254 and 1260
    Reported Aroclor to be present in San Francisco Bay.
    Reported to be thin egg shells in birds -
    Lot of screaming -

Great Lakes        Warf studies on DDT
                        Aroclor 1254 will be found!
                        Aroclor 1242 will be found?

Air Pollution - Possible spread - but less of an issue right now.
                        Analytical work more difficult.

Direct Contact with Product

Doesn't seem to be an issue - except for food heat transfer -

We don't believe Aroclor is being used as carrier for insecticide - sprayed around -

We are not positive but most uses are "closed" systems or products used in solid plastics, or adhesives, or sealants.

DSW  014257

-3-

| F. Fluids | Possible Pollution by Customers Plant Operation | Possible Pollution by Customers Pro... |
|-----------|------------------------------------------------|---------------------------------------|
| Product | | |
| Hydraulic Fluids | Yes, leakage external | Possible - See Johnson Motors Castings. |
| Air Compressor Fluids | Yes, leakage external | Leakage into produ... |
| Heat Transfer | Yes, leakage external | Leakage into produ... |
| Capacitor Fluids | Yes, leakage from plant - Scrap materials. | In product but closed for end use |
| Transformer Fluids | No, Should be clean. Yes, Reworked trans- formers | In product but closed for end use |

    \*  Capacitors can go to land fill dumps. Probably not burned, in Al containers.

    \*\* Need to take care of Aroclor in discarded transformers. Product could be drained and reworked.

## Probable Conclusions

| Hydraulic Leakage | - | Product could be caught at machines but will take a lot of clean-up work with customers. - Will have to have replacement product - with less-sensitive components. Work from this base on clean-up to prevent more pollution problems. |
|---|---|---|
| Air Compressor Fluids | | " |
| Hydraulic Fluids | | Must expect "shrimp" experiments, West Florida State, to be "aired" sometime soon; next few months. |

We will have to try to confine to Aroclor 1254 and Aroclor 1260.

This will lead to bad publicity and competitive action vs. all Pydrauls.

We will have to try to confine to Aroclor 1254 and Aroclor 1260.

DSW 014258

-4-

We will have to take action before that time.

Gulf Coast -

| | |
|---|---|
| Action W. Richard | Be able to replace Aroclor 1254 and Aroclor 1260 in Pydraul AC and 625 in 2 month's time before Nov. 15, 1969. |
| Fallon/ Richard | Have trial product in hands of Gulf Coast accounts and distributor before Dec. 15. |
| Fallon | Suggest possible buy of "all phosphate" ester from Food Machinery. Use this as one trial fluid MCS___ for insurance. |
| Richard/ | Suggest possible substitution of Aroclor 5442 for Aroclor 1254 in hydraulic and compressor blends. E. Wheeler judges lower order of toxicity and solubility for 5442 series. Have to test product in pump test for deposits. |
| Fallon/ Richard | Suggest field trials of our own all-phosphate ester. |
| Fallon/ Kuhn/ Kountz | Work with large customers to clean-up streams. Bring in Findett as mfg. partner in the recycle business. Get money out of recycle operations. |

Inland-Waterways-

| | |
|---|---|
| Wheeler/ Richard | Be close enough to Great Lakes studies to judge situation. Are there animals which are being affected by the concentrations found? |
| Richard | Be prepared to replace Aroclor 1254 and Aroclor 1260 in 4 months in hydraulic fluids and in air compressor fluids. |
| Richard | Be prepared to replace all Aroclor 1242 or 1248 in 6 months in hydraulic fluids. This means replacement of Pydraul 312 series, and control of sale of Aroclor 1248 to other hydraulic accounts such as Cities Service and Mobil. |

DSW  014259

Heat Transfer

| | |
|---|---|
| Fallon/ Roush/ Kountz | Systems will have some leakage depending strongly on engineering and maintenance. Need to work with customers on clean-up. |
| Fallon/ Roush | Need to replace FR especially in food or sensitive product areas where the product is getting into water. See dish washer compounds. See letter E. Wheeler to T. Fallon. |
| | We have possible rep   cement products i.. Thermin  55. Thermin... 66. |

-5-

| Action | | |
|---|---|---|
| Kuhn | Try to assure adequate production of Therminol 66 in face of decreased Aroclor production. $H_2$ and terphenyl supply may become short. | |
| | Switch customers to Therminol 55 or Therminol 66 ahead of pollution problems in customers plant. | |
| | Work with customers on plant and dumping practices. | |
| Kuhn/ Fallon | Findett already set up to rework. Need to make them a manufacturing arm. We get sale of recycle-rework fluid. | |

| Capacitor Fluids | Capacitor plants have re-purification and recycle systems but up to 5% of product can be lost by poor plant producers and off-quality material. | Capacitor products |
|---|---|---|
| | | Enclosed in Al or stainless steel for 5 to 25 year period. |
| Mkt. Benignus/ Bryant | | Will ultimately have to dispose of capacitor products. |
| Eng.-Kountz/ Mfg-Hodges | 5% of production could be 1M lbs/year. This is a big loss for the type of pollution we are trying now to guard against. | Recommend we try to save this product for a time. |

| Action | Monsanto must start to work with capacitor people to clean up plant practices. We have set-up to accept material for rework into hydraulic fluid but this relocation is not a satis-factory solution. Material must be reworked to electri-cal grade or destroyed, whichever is more economical. Must start now to get con-trol of off-grade material. | Recommend replacement of future Aroclor business with other products. Have 2 years. |
|---|---|---|
| Eng.,TSD-Plant Pol-lution Con-trol | | |
| Hodges/ Kountz | | |

| Action | Monsanto must help plant clean-up of customer plants decantation, coalescing, adsorption, dis-posal of adsorbent or recycle of adsorbents. Monsanto badly needs "know-how" for clean-up. | |
|---|---|---|
| | Monsanto should seek Govt. contract money for clean-up research, (See MRC R. Binning, D. Nelson) | |

DSM 014260

-6-

| Transformers | Transformer Plant can operate in a clean, efficient manner with recycle of off-grade Aroclor. | Product transformer can remain closed a no exposure for 25 |
| Action<br>Benignus/<br>Bryant | Should advise disposal of filter element materials so as to minimize chance of water pollution. Incinerate or dispose. | |
| | Reworked transformers pose a threat if the Aroclor is dumped into a water stream. | Should try to retai business by clean-u by education of cus tomers. |
| Action<br>Benignus/<br>Bryant | Should try to minimize chance of dumping "old" fluid by re-working and by educating co. shops and collecting product for rework or disposal. | |
| | Dalton is set up in England to rework electrical grade fluid. | |
| Kuhn/Kountz<br>Findett? | Need rework facility here + disposal scheme. | |

## Monsanto Plants

The Dept. of Interior and/or State authorities could monitor plant outfall and find ppm of chlorinated biphenyls at Krummrich or Anniston anytime they choose to do so. This would shut us down depending on what plants or animals they choose to find harmed.

Action - Take steps to see that every precaution is taken to prevent Aroclor entering water streams. Try to reduce to ppb level.

P.Hodges-Seek a Govt. contract on adsorption and incineration
TSD      cycles - MRC.
Engrg.-
Kountz    Take samples of streams and river water and mud evidence for before and after clean-up. Samples can be stored for further analysis if we can't keep up current with analytical determinations.

Apply Monsanto clean-up methods to customer plant clean up equipment and procedures.

DSM    014261

-7-

| Action - | Evaluate liquid incinerators vs. solids handling incinerators for disposing of Aroclor and pentachlorophenol wastes. I estimate Aroclor disposal at 1-4M lbs/year, exclusive of cleaning up river bottoms or outfall bottoms. | |
|---|---|---|
| Engrg. & Mfg. Kountz and Kuhn | | |

| Hydraulics | 20% of 4M lbs | 800,000 lbs |
|---|---|---|
| Heat Transfer | 10% of 2M lbs | 200,000 lbs |
| Capacitors | 5% of 20M | 1,000,000 lbs |
| Transformers | 5% of 15M | 750,000 lbs |
| | | 2,750,000 lbs |

| Central Eng. & Mfg TSD | Set up an incinerator to handle Aroclor disposal - preferably one which will handle solids such as muds - slurries as well as liquids. Have in operation within 12 months. Ideally have incinerators available different sections for disposal. |
|---|---|
| Kountz & Kuhn | |
| Possible help from MRC | |

## Chronic Toxicity Studies - Ind. Bio-Test

| Wheeler Keller Ind.Bio- Test | Continue studies to establish FDA type limits of toxicity on Aroclor 1242, Aroclor 1254 and Aroclor 1260. |
|---|---|
| | Rework with R. Keller-S. Tucker the number of samples which are to be analyzed for Aroclor in tissue. Try to see if Aroclors are changed metabolically. Does concentration level off, decline if feeding is stopped? |
| | Institute studies against the most limiting biological parameters. If shrimp are the most limiting species for Aroclor levels of toxicity, then we will have to have biological studies on these species to confirm or deny adverse findings. |

OSW 014262

| | |
|---|---|
| Action - Engrg. & Mfg. Kountz and Kuhn | Evaluate liquid incinerators vs. solids handling incinerators for disposing of Aroclor and pentachlorophenol wastes. I estimate Aroclor disposal at 1-4M lbs/year, exclusive of cleaning up river bottoms or outfall bottoms. |

| | | |
|---|---|---|
| Hydraulics | 20% of 4M lbs | 800,000 lbs |
| Heat Transfer | 10% of 2M lbs | 200,000 lbs |
| Capacitors | 5% of 20M | 1,000,000 lbs |
| Transformers | 5% of 15M | 750,000 lbs |
| | | 2,750,000 lbs |

| | |
|---|---|
| Central Eng. & Mfg TSD<br><br>Kountz & Kuhn<br><br>Possible help from MRC | Set up an incinerator to handle Aroclor disposal - preferably one which will handle solids such as muds - slurries as well as liquids. Have in operation within 12 months. Ideally have incinerators available different sections for disposal. |

Chronic Toxicity Studies - Ind. Bio-Test

| | |
|---|---|
| Wheeler Keller Ind.Bio-Test | Continue studies to establish FDA type limits of toxicity on Aroclor 1242, Aroclor 1254 and Aroclor 1260.<br><br>Rework with R. Keller-S. Tucker the number of samples which are to be analyzed for Aroclor in tissue. Try to see if Aroclors are changed metabolically. Does concentration level off, decline if feeding is stopped?<br><br>Institute studies against the most limiting biological parameters. If shrimp are the most limiting species for Aroclor levels of toxicity, then we will have to have biological studies on these species to confirm or deny adverse findings. |

DSW 014262

-8-

## Biodegradation Studies

Swisher

Set up rate of biodegradation studies with Inorganic Div.
on Aroclor 1242 vs. Aroclor 1254
    Aroclor 5442 vs. Aroclor 5460
    Chlorinated diphenyl ether
    Chlorinated paraffin vs. chlorinated naphthalene
    Chlorobromo Aroclors 1242 and 1248

Baxter
Lidgett
MCL

Contact Baxter and Lidgett at MCL regularly for results on
Aroclor degradation.  They are reported to be moving on
laboratory experiments.

Establish contact with chlorophenol degradation studies
of Cellu-Chem Group.

W. R. Richard

WRR:ms

DSM 014263

-8-

## Biodegradation Studies

Set up rate of biodegradation studies with Inorganic Div.
on Aroclor 1242 vs. Aroclor 1254
       Aroclor 5442 vs. Aroclor 5460

Swisher    Chlorinated diphenyl ether
       Chlorinated paraffin vs. chlorinated naphthalene
       Chlorobromo Aroclors 1242 and 1248

Baxter  Contact Baxter and Lidgett at MCL regularly for results on
Lidgett  Aroclor degradation.  They are reported to be moving on
MCL     laboratory experiments.

Establish contact with chlorophenol degradation studies
of Cellu-Chem Group.

W. R. Richard

WRR:ms

DSM 014263

# EXHIBIT K

Elmer P. Wheeler, Medical Department

January 29, 1970

Status of Aroclor Toxico-
logical Studies

D. S. Cameron
Brussels

J. S. Barrett, London
Dr. G. Vergette, London
W. B. Papageorge, London

Enclosed is a copy of the reports from our consulting
laboratory indicating the status of the animal toxicity
studies. I have summarized the pertinent findings
separately and as indicated in the table.

We have given copies of these data to one U. S. custo-
mer, the U. S. FDA and one or two other state agen-
cies. I don't see why this information cannot be
released with discretion in Britain or Europe.

Our interpretation is that the PCB's are exhibiting
a greater degree of toxicity in this chronic study
than we had anticipated. Secondly, although there
are variations depending on species of animals, the
PCB's are about the same as DDT in mammals.

We have additional interim data which will perhaps
be more discouraging. We are repeating some of the
experiments to confirm or deny the earlier findings and
are not distributing the early results at this time.

Elmer P. Wheeler

EPW:ju

Enclosure



PLAINTIFF'S
EXHIBIT
489

MONS  098480

# EXHIBIT L

# CONFIDENTIAL

### MINUTES OF AROCLOR "AD HOC" COMMITTEE

#### First Meeting

**Date:** September 5, 1969

**Present:** M. W. Farrar
P. B. Hodges, Secretary
E. V. John
W. R. Richard
E. P. Wheeler, Chairman

**Objectives:** (Agreed to by the Committee)

Submit recommendations for action which will:

1. Permit continued sales and profits of Aroclors and Terphenyls.

2. Permit continued development of uses and sales.

3. Protect image of Organic Division and of the Corporation.

**Background Discussion of Problem:**

1. Agreed that we should concentrate on Aroclor 1254 and 1260. Aroclor 1242 has not yet been incriminated for these possible reasons:

   a. Nature of uses of 1242 minimizes environmental contamination.

   b. It may degrade biologically.

   c. Unless analytical techniques are performed carefully, 1242 can be destroyed by oxidation during the analyses.

2. PCB has been found in:

   a. Fish, oysters, shrimp, birds.

   b. Along coastlines of industrialized areas such as Great Britain, Sweden, Rhine River, low countries, Lake Michigan, Pensacola Bay, in Western wild life (eagles). It may be a global contaminant.

3. PCB has been tied to DDT in effects on disappearance of wild birds which have fish diets. Ratio of PCB to DDT has been about 40-50:1 generally. Dr. Risebro reported almost 1:1 ratio. PCB may be contributing to or exaggerating the effects of other chlorinated aromatics.

MONS 030483


PLAINTIFF'S EXHIBIT

-2-

4.  Sample acceptance from the numerous researchers was
    discussed.  This has been done on a limited basis.
    Our corroboration of testing of their samples adds
    to our knowledge and demonstrates a willingness by Mon-
    santo to help define the problem, but it is expensive
    and also tightens any possible legal cases against us--
    it rules out possibilities that Aroclors are not
    involved.

5.  Toxicity levels:

    Aroclors have been shown to be safe for man in rea-
    sonable exposure concentrations.  We are testing 100
    ppm in diet of rats and dogs on a rule-of-thumb
    basis that 1/100 of toxicity level is safe and 1
    ppm is probably the upper limit in total diet.

    "Allowable levels" are probably lower than DDT.  The
    worst example to date is the test at Pensacola where
    5 ppb was found to be toxic to shrimp in 18 days
    exposure.

    One problem we are facing is to keep the "safe level" (?)
    for shrimp from being applied to e.g. Lake Michigan
    where more tolerant fish species probably exist.  We
    need to show the safe level in shrimp, clams, oysters
    and several species of fish.

    Many toxicity studies on PCB are underway and it was
    agreed to be desirable to keep contact with all lab-
    oratories which have requested Aroclor samples.  One-
    half-to-two-thirds-of-the-sample-requests-have come
    from state labs (who would let us know what they are
    doing) and about 1/3 have come from universities (who
    may give us the "brush-off").  Question of who should
    call on the laboratories was not resolved.

6.  Escambia River Problem:

    For a clearer understanding of the general problem,
    the situation at Pensacola was reviewed.  From a rela-
    tively negligible discharge of 1-3 gal/day into a large
    river, 1/4 mile downstream levels of 42 ppb in water
    and 476 ppm in mud were found.  Although use of Aroclor
    was halted immediately, we can expect the water contam-
    ination to continue for a lengthy period by leaching
    from the contaminated mud.  No downstream samples have
    yet been taken to measure the decrease in contamination
    (as of 9/5/69).

MONS  030484

-3-

7. Problem in Producing Plants:

P. Hodges reviewed what was being done to stop gross losses at Anniston and at WGK. Basically, the work to date consists of stopping or trapping any sewering of free Aroclor with return to process or land fill disposal of the trapped Aroclor. This will reduce levels in plant effluents to below solubility ranges, particularly as we move to install traps (or sumps) back into the waste source points where flows are small and as yet undiluted by Aroclor-free waste streams. The question of exactly how far to reduce (how much money to spend) is not yet clear and expenditures to date have been comparatively small. It was agreed that, until the problems of gross environmental contamination by our customers have been alleviated, there is little object in going to expensive extremes in limiting discharges from the plants.

One problem that has been interfering with logical development of our plant Aroclor waste reduction pro-grams has been delays in obtaining analytical results from in-plant and ex-plant sampling. It was agreed that additional help was necessary in Dr. Tucker's lab but no specific actions were proposed. In addition to in-plant work, the plants are sampling the receiving streams.

Air pollution reduction has not been considered by the plants to date except as incidental prevention of pro-duct contamination during tank car and drum loading operations. Long range (1-2 year) improvements at Anniston are planned to reduce product contamination (and air emissions) in car loading operations. It was agreed that a comprehensive air sampling and testing program would be very expensive and is probably not justified at this stage of the problem.

8. Environmental Contamination by Customers:

Our in-plant problems are very small vs. problems of dealing with environmental contamination by customers. In one application alone (highway paints), one million lbs/year are used. Through abrasion and leaching we can assume that nearly all of this Aroclor winds up in the environment.

Because the rate of natural (bio-degradation) is very low, other degradation must destroy PCB equal to the rate of environmental exposure in order to avoid build-up of contamination.

A general discussion was held on philosophy of controlling sales or working with customers to prevent pollution by PCB.

MONS 030485

-4-

Action Planned:

Each member of the group will submit to the other members
for consideration possible ideas and programs to help
accomplish the overall objectives set by the Committee.
Following review of the suggestions, the Committee will
meet again at an early date to be arranged by the Chairman.

P. B. Hodges
Secretary

:ju

MONS  030486

EXHIBIT M

# CONFIDENTIAL

Date:  October 2, 1969

Subject:  <u>REPORT OF AROCLOR "AD HOC" COMMITTEE</u>

To:  Howard S. Bergen, Jr.
     James E. Springate

From:  M. N. Farrar
      P. B. Hodges, Secretary
      E. V. John
      W. R. Richard
      E. P. Wheeler, Chairman

DSW 014612

# CONTENTS

*Summary of the Problem*

1.  Objectives                          Page 1

2.  Probability of Success              Page 2

3.  Recommendations                     Page 3-4

4.  Basis for Recommendations           Page 5-11

5.  General Background                   Page

DSW  014613

-1-

*on August 25)*

## OBJECTIVES

At a meeting of business group directors of Function
Fluids and Plasticizers with Organic Division and Cor-
porate Staff members, an "ad hoc" committee was appointed
to prepare a resume of the situation concerning the envir-
onmental contamination through the manufacture and use of
polychlorinated biphenyls (Aroclors).

The objective of the committee was to ~~prepare~~ recommended
actions that will:

   1.   Protect continued sales and profits of
        Aroclors;

   2.   Permit continued development of new uses
        and sales, and

   3.   Protect the image of the Organic Division
        and the Corporation as members of the
        business community recognizing their
        responsibilities to prevent and/or con-
        trol contamination of the global ecosystem.

DSW   014614

-2-

## PROBABILITY OF SUCCESS

The committee believes there is little probability ~~to say~~
that any action that can be taken will prevent the growing
incrimination of specific polychlorinated biphenyls (the
higher chlorinated--e.g. Aroclors 1254 and 1260) as nearly
global environmental contaminants leading to contamination
of human food (particularly fish), the killing of some
marine species (shrimp), and the possible extinction of
several species of fish eating birds.

Secondly, the committee believes that there is no ~~possible~~ *practical*
~~the course of action~~ that can so effectively police the
uses of these products as to prevent environmental con-
tamination.    *in order*          *completely Some*

There are, however, a number of ~~possible~~ actions which
must be undertaken to prolong the manufacture, sale and
use of these particular Aroclors as well as to protect
the continued use of other members of the Aroclor series.
                                          *(Less than 5 Chlorines )*
The ultimate that can be expected is the continued use
of the lower chlorinated biphenyls and the chlorinated
terphenyls in applications amenable to such control that
there is practically zero losses to the environment. In
the interim we would hope to establish by appropriate
research efforts "tolerance" or safe levels for particu-
lar Aroclors in the environment.

— The identification is ~~past~~ *positive*

— Toxicity towards certain species
        is high.

— Persistance is high. —

— Likelyhood of natural origin or degradation
      is remote. —

DSW 014615

-3-

## RECOMMENDATIONS

OK 1. In view of legal and moral considerations, notify all Aroclor 1254 and 1260 customers of environmental contamination problem. + advising customers. —— —

3. 2. Consult with appropriate federal agencies' head-quarters in Washington to determine current status of concern and to inform appropriate individuals therein of Monsanto's research and control efforts.

4. 3. Personally contact all governmental and university laboratories which have requested Aroclor samples and indicated interest in the environmental contam-ination problem.

For 1254 & 1260

2. 4. Reduce losses of Aroclors in liquid wastes from Monsanto plants to ~~absolute~~ minimum. Goal—0 to < 5 ppb ~~10 parts per million~~.

5. Determine extent of atmospheric losses from Aro-clors from Anniston and WGK Plants and develop plans for control.

6. Analyze in Organic Division laboratories (or by contract) selected appropriate samples from:

   a. Environment of Anniston and WGK Plants.

   b. Monsanto products where contamination is possible.

   c. Agencies and/or laboratories attempting to pinpoint specific sources of contamination.

   d. Customer plants' environments.

   e. Research efforts involved in biological studies--i.e. animal, bird and fish toxicity studies and biodegradation studies.

7. Expand analytical capabilities in conjunction with items 5. and 6. above.

OSW 014616

-4-

RECOMMENDATIONS (Continued)

8.  Assign one individual from the division full-time
    for three to six months to coordinate division
    and Corporate Staff department efforts.

9.  Establish special budgetary account to allow
    implementation of these recommendations and the
    continuation of the toxicological research
    effort now underway and continuing until June,
    1971.

DSW  014617

-5-

BASIS FOR RECOMMENDATIONS

1.  Notification of All Customers

On September 24, 1969 the San Francisco Chronicle
published a "scare" story following an interview
with Dr. Robert Risebrough of the University of
California.  The latter had recently published in
Nature the finding of polychlorinated biphenyls in
fish, birds and eggs in the California coastal areas.

On March 3, 1969, the Functional Fluids group sent
a letter to the 31 major Aroclor customers in the
transformer and capacitor applications.  The letter
included a copy of the Chronicle story and a Mon-
santo statement concerning the situation.  This was
intended to announce to these customers that the
polychlorinated biphenyls might be in trouble and
implied that the customers should make every effort
to prevent loss of these materials to the environment.
There has been subsequently some follow-up with at
least General Electric and Westinghouse.

It has been recognized from the beginning that other
functional fluid uses could lead to losses of the
Aroclors to liquid waste streams from the customers'
plants.  Losses could occur from spills, unusual
leakage of large volumes and daily losses of smaller
volumes.

It has also been recognized that there could be
vapor losses but it has been felt that these were
perhaps of less significance than the vapor losses
in plasticizer applications.  The concern for vapor
losses rises from the published proposed theory that
even minute quantities of vapors are eventually
transferred to the water environment and accumulated
therein.

Another possible source of air environmental con-
tamination is the eventual destruction of materials
which have Aroclors in them.  Of particular signifi-
cance might be the burning or partial incineration
of waste or used products containing the Aroclors.

DSW 014618

-6-

## BASIS FOR RECOMMENDATIONS (Continued)

As the alarm concerning the contamination of the environment grows it is almost certain that a number of our customers or their products will be incriminated.  The company could be considered derelict, morally if not legally, if it fails to notify all customers of the potential implication.

A case in point is the recent determination (mid-~~August~~) *sept.* that milk to be marketed by the Maryland Cooperative Milk Producers, Inc. in Baltimore was contaminated with polychlorinated biphenyls.  The source of the PCB's was isolated to six dairy herds in Martinsburg, West Virginia.  Investigation by the Producers Association is continuing but to our knowledge the specific source of the PCB has not been pin-pointed.

When the Aroclors were indited as causing poisoning in cattle in the mid-1950's, chlorinated naphthalenes were eventually identified as the causative agent.  The naphthalenes were used in greases or lubricants for cattle feed machinery and had contaminated the animal food. (Members of the Medical Department have been told that the Texas company "bought" 6,000 head of cattle around the country as a result of this incident.  It is not known whether or not the suppliers of the naphthalenes to Texaco were brought into the settlement)  Are our customers selling grease or lubricants containing Aroclors that are now responsible for the milk contamination?

In the plasticizer use area, the Aroclors may be used in rubber based paints or surface coatings. The uses for these surface coatings include the interior walls of potable water supply storage tanks in some communities.  In Europe we have been told that similar paints are widely used for swimming pools.  In spite of the low degree of solubility of the PCB's in water, there are sentiments among the European scientists (and our PCB competitive manufacturers) that such uses may be sources of pollution.

Other customer applications or uses which could be suspect include highway marking paints, ~~and~~ any of the oil and/or grease lubricant applications, *caulking compounds ~ sealants,*

DSW  D14619

-7-

BASIS FOR RECOMMENDATIONS (Continued)

2.  Consultation with Federal Agencies

In August of 1968 when the current effort related
to this problem got underway, the scientists at the
U. S. Department of Interior, Fish and Wildlife Lab-
oratories at Paturent, Maryland were visited.  In
the six to twelve months that the laboratory had
been looking for PCB residues, they had identified
such compounds in dead eagles as well as marine
birds.  At that time they did not report positive
findings in fish, shell fish or other marine
organisms.  We know that their efforts have been
continuing at an accelerated rate but the labor-
atory has not been revisited to learn of current
developments.

The U. S. Food and Drug Administration in Washington
called Dr. Kelly in June to report that the State of
Georgia had found PCB's in milk (we had in April
supplied samples of our Aroclors to the Georgia
State Department of Agriculture Laboratories in
Atlanta).

The analyses of milk from the Maryland co-op
mentioned in 1. above were performed by an FDA
laboratory.

On Friday, September 26, we were asked to send
samples to the Atlanta Toxicological Branch of
the FDA and to the Residue Chemical Branch Divi-
sion of Pesticides, FDA in Washington.  The stated
reason for the request was for these laboratories
to determine the "acute toxicity" of Aroclors
1254 and 1260.

In the past year we have had request for samples
from five or six of the regional laboratories of
the Federal Water Pollution Control Administration--
an agency within the U. S. Department of Interior.
We have not had an opportunity to follow-up with
these laboratories as to their interest or concern.

In August a laboratory of the Bureau of Commercial
Fisheries, Department of Interior, at Pensacola,
Florida, reported finding PCB's in the river below
our Pensacola Plant.  Subsequently, they reported
that 5 parts per billion of Aroclor 1254 killed
baby shrimp in 18 days.  There has been no follow-
up by St. Louis based personnel since our Pensacola
Plant discontinued the use of Pydraul AC.

DSW 014620

-8-

BASIS FOR RECOMMENDATIONS (Continued)

Appropriate individuals in the parent federal
agencies should be visited to determine their
current activities and concern and, secondly to
make these agencies aware of Monsanto's interest,
research and control efforts.

3.  Contact with other Governmental and University
    Laboratories

In addition to the above, Monsanto has provided sam-
ples of the Aroclors to 30 or 40 other governmental
and university laboratories or scientists.  It
would be prudent and appropriate for someone from
Monsanto to personally follow-up the supplying of
the samples and determine the status of the efforts
of those groups.  For example, the State Department
of Agriculture Laboratory in Hartford, Connecticut
reported in July that they had found PCB in fish
off the coast of Connecticut.  This led to two
articles in the Hartford Times and a five minute
radio program through a syndicated outlet of 108
radio stations.

4.  Losses from Monsanto Plants

Efforts to reduce the losses of Aroclors in liquid
wastes from the Anniston and WGK Plants are com-
pleted or underway.  It is impossible to establish
a limit as to what can be discharged "safely".
Investigation has shown that the waters in receiv-
ing streams below the Anniston Plant contain sig-
nificant (parts per million) concentrations of
PCB.  More ominous perhaps is the fact that sedi-
ment in the bottom of these streams miles below
our plants may contain up to 2% Aroclor.

To prepare for the eventual publication in the
press of the discharge of PCB's in Alabama and to
the Mississippi River, a significant effort must
be made to determine the present levels of contami-
nation and more importantly, determine the levels
of contamination as "clean up" procedures begin to
show an effect.

The incident at the Monsanto Plant at Pensacola
indicates that all Monsanto Plants using Aroclors
should be made aware of the potential problem and
efforts made to eliminate any losses.  The sig-
nificance of "any losses" may be related to the
one to three gallons per day which was being
lost at the Pensacola Plant.

DSW  014621

-9-

BASIS FOR RECOMMENDATIONS (Continued)

Hopefully research efforts will indicate that a
"safe level" of losses would be higher in fresh
water streams not adjacent to coastal estuaries.
At the present time we know of no claims that the
PCB's are "destroying" fish.

5. Atmospheric Losses at Anniston and WGK

The determination of atmospheric losses for our
Aroclor manufacturing plants will be more tedious
and time consuming than in the case of liquid
wastes. We will never be prepared to discuss
intelligently potential problems of our customers
where there may be atmospheric losses until we
have some data on our own plants. This is parti-
cularly true if we ever expect to recommend to our
customers measures for control of atmospheric
losses.

6. Analytical Capabilities (a. through e. inclusive)

In each of the recommendations 2. through 5. above,
there is the implication that Monsanto's best inter-
est could be served by appropriate sampling and
analysis. In connection with any of the governmental
and other laboratories, we must accept their reported
analytical results or in specific instances offer to
run duplicate analyses to confirm for ourselves the
validity of the reported results.

The committee agrees that to perform analyses that
would confirm all of the reported findings repre-
sents an unreasonable cost in terms of personnel
and facilities. At the same time there appears to
be no alternative to the acceptance in the last
three months that confirmation analysis in selected
cases should be done. This has led to an accumulation
of a backlog of samples which need attention. Delays
in analysis are occurring because of shifting pri-
orities for samples as they are received or as they
have been retained.

A case in point is the delay in analyzing thirteen
samples from the Inorganic Division. Samples were
submitted following the finding that five of five
commercially available electric dishwashing com-
pounds analyzed showed the presence of PCB's. The
Inorganic Division can not exonerate the products
it sells to the detergent manufacturers until it
has some data showing whether or not Monsanto
supplied materials are contaminated. In the mean-
time Inorganic Division Quality Control has

OSW  014622

-10-

BASIS FOR RECOMMENDATIONS (Continued)

suggested to its Division Engineering that future
designs for making detergent components insure that
the use of Aroclors will not permit contamination.
Secondly, it is obvious that the Division cannot
approach its detergent manufacturing customers
about their potential problem until the above data
indicate that "our own skirts are clean".

This week it was agreed that milk and water samples
from the Maryland co-op in Baltimore should take
precedence over other samples which had been
scheduled.

In summary, the committee believes there will be
a growing number of samples from the following:

    a.  Environment of Anniston and WGK Plants.
    b.  Monsanto products where contamination is
       possible.
    c.  Agencies and/or laboratories attempting
       to pin-point specific sources of contam-
       ination.
    d.  Customer plants' environment.
    e.  Research efforts involved in biological
       studies--i.e. animal, bird and fish tox-
       icity studies and biodegradation studies.

7. Expansion of Analytical Capabilities

The recommendation to expand the analytical capa-
bilities is a necessity in view of the preceding
recommendations.

8. Assignment of Full-Time Effort

Up to this time the coordination of the Division
effort has been principally the responsibility of
W. R. Richard and E. P. Wheeler with support from
R. E. Keller and Cumming Paton.  Each of these
individuals has other responsibilities to the
extent that, although the Aroclor problem may have
been a predominant issue, other areas of interest
could not be slighted.

The committee believes that the problem is of
sufficient seriousness to warrant the full concen-
tration of at least one individual for the next
three to six months.  Those who have been involved
up to this point would obviously continue in their

DSW 014623

-11-

### BASIS FOR RECOMMENDATION (Continued)

supporting efforts where the individual's background
or expertise would make it appropriate.  For example
in connection with the follow-up with the federal
agencies in Washington, Dr. Kelly would expect to
be present for any contact with USFDA officials.

Other members of the Medical Department would be
made available for contacts with the pollution
control agencies or those laboratories or univer-
sities where toxicity appears to be of interest
or concern.

Certainly Dr. Keller and Scott Tucker should
accompany anyone making visits where the specific
question of analytical techniques was to be
discussed.

This still leaves a number of man months to be de-
voted to the other laboratories or agencies which
have up to this point not made their specific
interest known.

Equally if not more important is the effort which
must be made relating to the contacts with custo-
mers.  The committee does not believe that this can
be handled by district marketing representatives
without supplying such "local" individuals with a
complete background of the problem.

9.  Budgetary Considerations

The committee recognizes the restrictions placed on
those currently involved by mandates to operate
within normal or proposed reduced budgets.  It
should be clear, however, that the product groups,
the Division and the Corporation are faced with
an extraordinary situation.  There can not be too
much emphasis given to the threat of curtailment
or outright discontinuance of the manufacture and
sales of this very profitable series of compounds.
If the products, the Division and the Corporation
are to be adequately protected, adequate funding
is necessary.

DSW  014624

# EXHIBIT N

Monsanto

(M (NAME & LOCATION)    N. T. Johnson   St. Louis

DATE    February 16, 1970    CCI    P. J. A. Marsh - Brussels
                                     R. Enrhardt - New York
SUBJECT                              T. W. Oneson - Montreal
                                     J. N. Haggart - Brussels
REFERENCE    POLLUTION LETTER        V. Morse - St. Louis
                                     J. Brydon - Montreal
TO                                   R. Graham - New York
        P. Craska - Wilmington       P. G. Benignus
        C. Clay - St. Louis          J. G. Bryant
        J. H. Davidson - Los Angeles D. E. Roush
        R. A. Damiani - Chicago      J. R. Fallon
        G. F. Fague - Detroit        D. A. Hall
        R. A. Garcia - Akron         D. R. Pogue
        R. Garnsworthy - Melbourne   D. F. Smith
        J. A. Heilala - Akron        D. A. Olson
        R. Irwin - Houston
        J. S. Pullman - New York
        J. J. Roder - Chicago
        R. Giles - Melbourne

        Attached is a list of questions and answers which may be asked of
        you by customers receiving our Aroclor-PCB letter. You can give
        verbal answers; no answers should be given in writing. If the
        customer asks a question you can't answer or if he wants an
        answer in writing, then send his questions to me and we will
        answer from here.

        We want to avoid any situation where a customer wants to return
        fluid. The new reformulated products will be available within a
        month. We would prefer that the customer use up his current
        inventory and purchase Pydraul 625A, Pydraul ACA, Pydraul ACA
        Winter Grade and Pydraul 540A when available. He will then top
        off with the new fluid and eventually all Aroclor 1254 and Aroclor 1260
        will be out of his system. We don't want to take fluid back. Sell
        him the replacement.

        We must be very positive in our approach with each customer
        relative to our decision to eliminate the use of Aroclor 1254 and
        Aroclor 1260 in our Pydraul products. We (your customer and
        Monsanto) are not interested in using a product which may present
        a problem to our environment. We certainly have no reason to
        be defensive or apologetic about making this change. The decision
        to change makes good sense and our customers should commend us,
        not criticize our actions. No one has forced us to make this

PLAINTIFFS
EXHIBIT
2D02

2

change. We have done it to keep our customers out of possible
trouble. They should appreciate our effort, and stay with us as
a customer on the reformulated Pydrauls. To make this change
has cost us research monies and time. Fortunately, we possess
the technical skills to make a change in our formulations without
affecting the performance of products. Be positive, Take the
offense. Don't let a customer or competitor intimidate you. I
doubt if our competitors know whether their product could present
a problem to our environment. You might ask your customer,
if he has ever asked Houghton or Stauffer, Carbine, etc. about the
effects of their products.

We should also recognize (point this out to your customer) we
must clean-up. The Chemical Week article gives him an idea
of laws in effect in his state. Read this yourself. Be familiar
with the data on each state in which your customers are located.
Use this in your discussions.

We have no replacement products for Aroclor 1254 and Aroclor 1260.
We will continue to make these products; however, customers
will have to use their own judgement on continued use.

We can't afford to lose one dollar of business. Our attitude in
discussing this subject with our customer will be the deciding
factor in our success or failure in retaining all our present
business. Good luck.

(We have also attached a copy of the letter sent to transformer
customers. )

N. T. Johnson

1b

MONS 100124

# EXHIBIT O

bcc:  W. R.  Richard
      Tom Ford
      H. S. Bergen
      J. E. Springgate

March 24, 1969

Mr. Harry Chatfield
Los Angeles County Air Pollution
    Control District
434 South San Pedro Street
Los Angeles, California 90013

Dear Mr. Chatfield:

Enclosed is a copy of the physical properties of our Aroclor
compounds I promised you by phone.  We have added the oral and
skin absorption toxicity to the bottom of this list to give
you some idea of the relative toxicity of these compounds.
You will notice that they are not particularly toxic by oral
ingestion or skin absorption.  In addition, I have enclosed
a copy of a paper that was printed in the American Industrial
Hygiene Association quarterly in June, 1956.  This paper
discusses the vapor toxicity of Aroclor 1242 and Aroclor 1254.
As I told you on the phone the 12 prefix in this case means
biphenyl and the 42 or 54 suffix in this case represents 42%
and 54% chlorine by weight, respectively.

We at Monsanto cannot understand the origin of the materials
reported in the recent newspaper articles on the West Coast.
These compounds are utilized generally in enclosed systems
and very little would normally be expected either in the air
or in the liquid discharges from a using industry.

If we can provide you with any additional data we would be
glad to do so.

                        Sincerely,

                        Jack T. Garrett
                        Manager, Pollution Abatement
                            and Industrial Hygiene

JTG:ojs
Enclosures

NCR-FOX-0575881

# EXHIBIT P

# Monsanto

ORGANIC CHEMICALS DIVISION

Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166
Phone (314) 694-1000

March 27, 1969

Mr. Fred H. Dierker
Executive Officer
State of California-Resources Agency
San Francisco Bay Region
Regional Water Quality Control Board
364 Fourteenth Street
Oakland, California 94612

Ref: File No. 2119-1075

Dear Mr. Dierker:

This letter is written in response to your letter dated
March 7, asking several questions concerning poly-
chlorinated biphenyls ("PCB") manufactured by Monsanto.
Responses to each of your questions are set forth below,
numbered in accordance with your letter.

1. We have recently contracted with a consulting
   laboratory to undertake fish toxicity studies
   on PCB's. Because of the low solubility of
   PCB in water, it may be difficult to obtain a
   96-hour $TL_m$. Depending upon the results of
   the initial studies, we may conduct 30-day
   exposure experiments.

2. Attachment A shows the general physical
   characteristics of PCB. Information set forth
   on the bottom of these pages shows the results
   of acute animal toxicity studies showing the
   oral $LD_{50}$ in rats and the minimum lethal skin
   dose when applied to rabbits. You will note
   that these results were obtained using un-
   diluted samples or as a corn oil suspension
   solution depending on the viscosity and
   solubility of the materials.

NCR-FOX-0575882

-2-

3. & 5.   Attachment B shows the results of studies of chronic inhalation.  You will note in the table describing the properties of various PCB's that the liquid materials have extremely high distillation ranges and that waxy or resinous materials have to be distilled under high vacuum.  These data attest to the low vapor pressure of the materials at ambient temperatures.

PCB finds primary use in applications requiring chemical stability, good dielectric properties, fire resistance, low volatility and water insolubility.  When used in dielectric fluid, PCB is hermetically sealed in capacitors and transformers, designed for 20 to 30 years life at temperatures at or near ambient temperatures.

Plasticizer PCB is found primarily as a plasticizer for surface coatings such as corrosion resistant paints, industrial adhesives and as a sealant such as window sealants.  These applications do not include automobile tires, or floor tile.  These applications of PCB emphasize its inertness and low volatility to provide long service life for the product without loss of flexibility. In normal use, PCB plasticizer applications are ambient temperature environments presenting no special health problems.  In view of PCB's chemical inertness, we would anticipate no problems associated with the environment from refuse dumps.

PCB finds further application in industrial (excluding aviation) hydraulic and heat transfer systems.  As in the case of dielectric applications, these systems are designed for essentially indefinite fluid life.

4.   PCB is essentially insoluble in water, which is a property valued for most of its industrial applications.  The solubility of PCB varies with the number of chlorine atoms.  Solubility in tap water at 25°C. is as follows:

NCR-FOX-0575883

-3-

| Material | Solubility in Water |
|---|---|
| PCB - (42% chlorine by weight) | 203 ± 10 ppm |
| PCB - (48%    "    "    " | 106 ± 14 ppm |
| PCB - (54%    "    "    " | 50 ± 2 ppm |

This data indicates that the most highly
chlorinated PCB's are the least soluble in water.
Annual consumption in the Bay Area is less than
500,000 pounds for all PCB applications.

6.  It is a long standing policy at Monsanto not to
disclose information concerning our customers,
including the customer's name. However, we
desire to cooperate with you to the fullest
extent practicable in this matter. Should you
desire to visit typical PCB users we will be
happy to approach our customers to arrange a
visit.

7.  We advise persons using PCB products to take
normal precautions associated with handling most
synthetic materials. If accidentally spilled on
hands, no serious skin irritation should occur.
However, PCB has a solvent action (similar to
paint thinner) on the fats and oils of the skin
and prolonged contact may lead to drying and
chapping of the skin.

In the event of contact, the skin should be washed
with soap and water. Saturated clothing should
be removed and dry cleaned. Spills may be cleaned
up with rags, sawdust or absorbent clay. Eye
contact may result in painful irritation but
should cause no permanent damage to tissues. In
the event of eye contact, the eye should be
flushed with large amounts of water. As with all
eye first-aid, a physician should be consulted.
To relieve irritation, physicians have used a 1%
Pontocaine as well as ophthalmic cortisone acetate
solution, or castor oil.

Infrequent exposure to PCB vapor should not cause
ill effects. However, prolonged exposure to high
vapor concentrations should be avoided.

NCR-FOX-0575884

-4-

After many years of experience with PCB, it
is our understanding that cases of harmful
effects resulting from the industrial use of
PCB have been extremely rare.  We believe
this is due largely to low volatility which
reduces possible inhalation at ambient
temperatures.

We sincerely trust that this answers the questions con-
tained in your letter.  As further information becomes
available in which we feel you might be interested, we
will pass such information on to you.

Yours very truly,

Howard S. Bergen
Director, Functional Fluids

HSB:pep
Attachments
BCC:  P. S. Park
      B. Wheeler/J. Garrett
      D. A. Olson
      P. Benignus
      W. Waychoff
      D. Pogue
      N. T. Johnson
      W. R. Richard

NCR-FOX-0575885

EXHIBIT Q

Monsanto

FROM (NAME & LOCATION) E. P. Wheeler

JUN 2 1969

DATE        May 26, 1969                          cc R. E. Keller
                                                     E. S. Tucker
SUBJECT                                            H. S. Bergen
                                                     J. E. Springgate
REFERENCE                                            C. Paton
                                                     W. A. Kuhn
TO    :     W. R. Richard                             P. B. Hodges
                                                     Dave Nelson - MRC

Dave Nelson of MRC called me today to relay the following information:

1.  A Mr. Bob Day in the Cincinnati Laboratories of the
    National Air Pollution Control Administration had
    called him and asked for any information Monsanto
    might have relating to what might happen to
    chlorinated biphenyls in products that might be incinerated.
    Day indicated that he needed the information for
    "his boss" John Ludwig, assistant commissioner of
    NAPCA in Washington by Monday, May 26.

    After trying to reach Day and finding busy circuits
    I called John Ludwig directly since I know him
    personally.  Ludwig was surprised and said if the
    question of PCBs had come up he had forgotten it or
    at least didn't remember that he wanted an answer by
    next Monday.  He offered to have Day call me directly
    but I told him that I would get through to Mr. Day.

    I did reach the latter and after much discussion it
    turned out that some member of Congress had sent a
    letter directly to the NAPCA offices in Washington
    asking what NAPCA knew about distribution of PCBs
    by incineration and Ludwig had passed the letter on
    to Cincinnati to get information for a reply.

    Mr. Day was under the same misconception as so many
    others concerning the widespread situation of PCBs
    in such things as automobile tires.  I set this
    matter straight quoting from the company prepared
    statement.  We then got into some detail because it
    became apparent that Day was not a "Knight on a
    White Horse" but was reasonable and objective.  As
    we chatted further and expanded comments about mutual
    acquaintances, Day finally told me that he is a
    Monsanto employee from Pensacola fulfilling his millitary
    commitment as a member of the Commission Corps. in
    the Public Health Service.

    He indicated that the laboratory in Cincinnati may
    try to set up a program where waste materials containing
    PCBs will be incinerated (in one of the several
    experimental incinerators which they have there) and
    analyze the decomposition products.  He asked if
    Monsanto would be in a position to provide wastes or

NCR-FOX-0575888

W. R. Richard           -2-            May 26, 1969

plastic materials containing Aroclor which they could
use in their experiments.  I offered to cooperate in
any way we could.

He will send word back to Washington which will then
be related to the member of Congress that the PCBs
are not used in some of the applications which have
been indicated in the public press and in general
try to present Monsanto's views to wit:  "We can
not conceive how the PCBs can be getting into the
environment in a widespread fashion and that the
company is actively involved in research programs
to try to shed some light on the situation."

2.  Dave Nelson attended a meeting at the Federal Water
Pollution Control Administration Laboratory in Athens,
Georgia recently to see if there were areas where
MRC could bid on government grants for research in
connection with pesticide residues.

Dave says that in the course of the meeting some of
the FWPCA boys raised the question as to what
Monsanto at Anniston, Alabama does to control the
escape of polychlorinated biphenyls or waste products
getting out of the plant.  Obviously Dave would
not have any of the details of our programs at Anniston
but passed this word on to me with the thought that —
we can anticipate that the Feds will be looking at
creek, river or lake water and mud samples below
Anniston for PCBs.

Elmer P. Wheeler

cs

NCR-FOX-0575889

EXHIBIT R

July 23, 1969


Mr. A. Bruce Pyle
Assistant Bureau Chief
Department of Conservation
 and Economic Development
P. O. Box 1809
Trenton, New Jersey

Dear Mr. Pyle:

In connection with your recent request for more specific
information on PCB, I have enclosed several items that
may be of interest.

The first is a table showing the physical characteris-
tics and properties of our Aroclors, the trade name
for our polychlorinated biphenyls.

The numerical designation of these materials is mean-
ingful.  The 1200 series are biphenyls chlorinated to
the extent indicated by the last two numerals.  For
example, Aroclor 1242 is biphenyl chlorinated to the
extent of 42%; Aroclor 1254 is biphenyl chlorinated
to 54%.

The 5400 series are terphenyls chlorinated to the
extent of the last two numerals.  Thus Aroclor 5460
is terphenyl chlorinated to 60%.  The 2500 and 4400
materials are mixtures of biphenyls and terphenyls
chlorinated to 65%.;

We have typed on the bottom of the table the results
of acute toxicity studies.  These indicate the approxi-
mate lethal dose in rats when administered orally and
the minimum lethal dose when the samples were applied
to the unbroken skin of rabbits.  You will note that the
samples were administered undiluted or as various con-
centrations in corn oil depending on the physical form
and solubility of the sample.

NCR-FOX-0575899

Mr. A. Bruce Pyle
July 23, 1969
Page Two


The second enclosure refers to the only published data
that we now have concerning possible toxicity to fish.
This enclosure is a 1957 report from the U. S. Fish
and Wildlife Service showing the results of studies to
determine the possible effects of chemicals to larval
lampreys and fishes.  The enclosure includes a copy of
the title page, the page explaining the table and that
portion of the table which indicates that four of the
Aroclors have no effect on trout, bluegill and larval
lampreys at a concentration of 5 ppm in a 24 hour test
period.

The only chronic toxicity data that we have refers to
the inhalation of vapors of Aroclor 1242 and 1254.
Enclosure three is a reprint describing the chronic
inhalation studies and enclosure four is a Hygiene
Guide published by the American Industrial Hygiene
Association which prescribes safe handling techniques
for the use of these materials in industry.

Based on available data, manufacturing and use exper-
ience, we do not believe the polychlorinated biphenyls
to be seriously toxic.  At the same time we have also
recommended precautions to avoid repeated and prolonged
skin contact and secondary avoidance of inhalation of
vapors when the materials are heated.  As indicated
by the distillation ranges in enclosure one, these
products have extremely low vapor pressure and thus
present little vapor inhalation hazard at ambient
temperatures.

I don't know that I can add a great deal to your ques-
tion to the use of these materials without repeating
the comments in the statement which Tom Ford sent you.
Their dielectric characteristics lead to usage as
insulating fluids for transformers and capacitors.
Transformer application is in sizes applicable to
sub-stations rather than the small transformer on
lines for reducing voltage for household use.

The plasticizer type application PCB's are incorporated
into a polymer as an integral part of the solid material.
This is the case whether the polymer is then used as an
adhesive special elastomer or individual surface coating.

Contrary to some reports from the press, the PCB's are
not used in rubber tires, lipstick, or the common plas-
tic containers or films used for industrial or house-
hold packaging.

NCR-FOX-0575900

Mr. A. Bruce Pyle
July 23, 1969
Page Three


We have a considerable research effort underway to
determine the toxicity of several of the PCB's in
rats and dogs.  We are also including three genera-
tion reproduction studies in rats.  Also underway
are studies with fowl to determine the possible
chronic effect on the birds themselves, egg size
and production, hatchability of the eggs and via-
bility of the chicks.  We will also do studies to
determine any possible effect on egg shell thickness
and calcium and phosphorus metabolism.

We have attempted to establish a program for deter-
mination of the possible biodegradation of the poly-
chlorinated biphenyls but research of this type is
not yet underway.

Re-emphasizing a point we attempted to make in the
statement Tom sent you, we are unable at this time
to conceive of how the PCB's can become wide spread
in the environment.  It is certain that no applica-
tions to our knowledge have been made where the PCB's
would be broadcast in the same fashion as the chlor-
inated hydrocarbon pesticides have been.  I am sure
there will be much more research undertaken to clarify
some of the questions that early research efforts
have raised and you may be sure that we will partici-
pate in a number of these.

If I can be of any further assistance after you have
reviewed this letter and the enclosures, please let
me know.

                    Sincerely,



                    Elmer P. Wheeler
                    Manager, Environmental Health


EPW:ju

NCR-FOX-0575901