IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**PORT OF PORTLAND**,

    Plaintiff,

v.

**MONSANTO COMPANY et al.**,

    Defendants.

No. 3:17-cv-00015-MO

JUDGMENT

**MOSMAN, J.,**

Pursuant to the Parties' Stipulation [ECF 150], it is hereby ORDERED AND ADJUDGED that all claims in the above-captioned action are DISMISSED WITH PREJUDICE. Any pending motions are DENIED as moot.

DATED this 3d day of January, 2023.

MICHAEL W. MOSMAN
Senior United States District Judge

1 – JUDGMENT